UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

VS.

RAYMOND DILLON

3:01 CV 1345 (JBA)

DECEMBER 5, 2003

## MOTION TO RE-OPEN JUDMENT

NOW comes the Plaintiff BRISTOUT Bourguignon PRO-SE at Garner C.I. states as follows:

1. On May 5, 2003 the Court, the honorable Janet Bond Arterton, United District Judge, filed a Ruling and Order dismissing this all claims against defendant in his individual capacity without prejudice pursuant to Rules 4(m) and 41(b) Fed. R. Civ. P. For failure to comply with Court rules and effect service in a timely manner.

2. On May 5, 2003 the Court told the Plaintiff on the Ruling and Order that any motion to Re-open the case must include defendant's current service address.

3. On November 21, 2003 the Plaintiff had received a letter from Judicial Branch Human Resource about Marshall Raymond Dillon is assigned to court operation Superior Court JD2, 1061 Main Street, Bridgeport CT 06604. Which was the same address that the Plaintiff had provided the Court on his original complaint dated July 7, 2001.

(Please see the Judicial Branch Human Resource Management and Incident Report as Exhibit A)

Operation Superior Court JD2, 1061 Main Street, Bridgeport CT 06604. Which was the same address that the Plaintiff had provided the court on his original complaint dated July 7, 2001.

(Please see the Judicial Branch Human Resource Management and Incident Report as Exhibit A)

Wherefore, the Plaintiff requests that the court grant this motion in all respects

The Plaintiff
Bristmut Brugurgm
PRO-Se



**JUDICIAL BRANCH**
**STATE OF CONNECTICUT**
**ADMINISTRATIVE SERVICES DIVISION**
61 Woodland Street
Hartford, Connecticut 06105
Telephone: (860) 722-1625
Fax: (860) 722-1606

## HUMAN RESOURCE MANAGEMENT

Leigh A. Julian, Personnel Officer

TO:   Bristout Bourguignon, Prisoner # 265860
      Garner Correctional Institution
      50 Nunnawauk Road
      P.O. Box 5500
      Newtown, CT 06470-5500

FROM: Leigh A. Julian, Personnel Officer

DATE: November 21, 2003

RE:   FOI Request

We are in receipt of your request for information under the Freedom of Information Act. Attached is the incident report filed by Marshal Dillon dated February 14, 2001. Additionally, please note that Marshal Dillon is assigned to Court Operations, Superior Court JD2, 1061 Main Street, Bridgeport, CT 06604.

Attach.



EXHIBIT A

# JUDICIAL MARSHAL'S DEPARTMENT

## FAIRFIELD DISTRICT

### INCIDENT REPORT

LOCATION: JD #2
DATE: 2-14-01
TIME: 12:50
AREA: Cellblock

**REPORTING MARSHAL**
PRINT NAME: Raymond Dillon
BADGE NO. #:

**JUDICIAL MARSHAL PERSONNEL:** Rich Camarro

**OTHER PARTIES:** Bourginon Beistout

**PRISONERS:** Bourginon Beistout

**TEXT:** At approx. 1250 while letting an inmate into cell #1 I attempted to close the celldoor and said prisoner Bourginon caught his thumb in between cellbar + celldoor. Mr. Bourginon had a cut on his Left thumb. We proceeded to give him a bandaid and a towel/wipe to stop bleeding. At the time I asked said person if he was alleight or needed additional medical attention and he responded no. I assume it started to eventually swell so he asked officer Camarro to go to Bpt Hospital who in turn called Rich Grazcyk who made arrangements. X rays proved Negative and Ibuprofen was prescribed along with ice packs. Inmate was then transported back to JD #2 lockup.

THIS REPORT IS SIGNED UNDER THE PENALTIES OF C.G. 53a-157, MAKING A FALSE STATEMENT, WHICH IS A MISDEMEANOR, PUNISHABLE BY ONE YEAR IN PRISON OR A $1,000.00 FINE.

X [signature]
SIGNATURE OF MARSHAL
BADGE NO. #
TIME: 12:50
DATE: 2-14-01

AGENCY CONTACTED: N/A     TIME:       DATE:
POLICE ACTION TAKEN: N/A
PROPERTY DAMAGE: N/A
INJURIES: HAND
USE OF FORCE: N/A
SUPERVISING MARSHAL: [signature]     TIME: 12:35     DATE: 2/16/01
PAGE 1 OF 1 TOTAL PAGES     ATTACHMENTS: N/A

CC: