UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON          :
                              :      PRISONER
    v.                        :      CASE NO. 3:01CV1345(JBA)
                              :
MARSHAL RAY                   :

FILED JUL 12 11 30 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

RULING ON MOTION TO REOPEN [Doc. #30]

On May 5, 2003, the court dismissed this case. Judgment entered on May 12, 2003. Plaintiff filed a notice of appeal on May 20, 2003. On June 11, 2003, after the court denied plaintiff's motion to reopen, the file was sent to the court of appeals. The appeal has not yet been decided.

Plaintiff now has filed a second motion to reopen this case. "The filing of a notice of appeal is an event of jurisdictional significance-it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982). Thus, once a notice of appeal is filed, the district court cannot grant a motion to reopen judgment unless the moving party withdraws the appeal or obtains permission from the court of appeals. See Toliver v. County of Sullivan, 957 F.2d 47, 49 (2d Cir. 1992). The district court does, however, retain jurisdiction to deny a motion to reopen judgment because that decision would not affect the pending appeal. See id. (citing Ryan v. United States Line Co., 303 F.2d 430, 434 (2d Cir. 1962).

The court dismissed this case because plaintiff failed to provide a service address for defendant. Plaintiff now seeks to reopen this case to provide service information obtained after judgment entered. In light of this new information, the court would be inclined to grant plaintiff's motion if the court of appeals were to return jurisdiction over this matter. See Toliver, 957 F.2d at 49 (indicating that the proper procedure is to request that the court of appeals dismiss the appeal and remand the case to the district court before the district court can reconsider a matter germane to the appeal).

Plaintiff's motion to reopen [**doc. #30**] is **DENIED** without prejudice. Plaintiff is directed to forward a copy of this ruling to the court of appeals with a request that jurisdiction over this matter be returned to the district court. After jurisdiction has been returned, plaintiff may refile his motion to reopen.

**SO ORDERED** this 12th day of July, 2004, at New Haven, Connecticut.

/s/ Janet Bond Arterton
United States District Judge

2