UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

Vs.

RAYMOND DILLON

FILED
2004 DEC 13 P 4:36
U.S. DISTRICT COURT
BRIDGEPORT, CONN

CASE NO.
3:01CV1345 JBA

DEC. 10, 2004

## MOTION to RE-OPEN JUDGMENT

Now comes the Plaintiff Bristout Bourguignon Pro-se at MacDougall C.I. states as follows:

1. On May 5, 2003, the Court dismissed the case. Judgment entered on May 12, 2003

2. Plaintiff filed a noticed of appeal on May 20, 2003, after the Court denied Plaintiff's motion to Re-open this case, the file was sent to the Court of appeals.

3. On July 12, 2004, the Court Ruling on motion to Re-open (DOC #30) is denied because the Court stated that on Ruling motion, thus, once a notice of appeals is filed, the district Court can not grant a motion to Reopen Judgment unless the moving party withdraws the appeals or obtain permission from the Court of appeals

4. On december 8, 2003, the plaintiff filed to the Court of appeals a motion to withdraw

of appeals. On October 28, 2004, the court of appeals granted the plaintiff motion to withdraw of appeals. (See plaintiff motion to withdraw of appeals granted attached as exhibit A)

5. Based on this new information, the court stated on its ruling that it would be inclined to grant plaintiff's motion if the court of appeals granted plaintiff motion to withdraw or to return jurisdiction over this matter. See Toliver. 957 F. 2d at 49. (including that the proper procedure is to request that the court of appeals dismiss the appeal and remand the case to the district court before the district court can reconsider a matter germane to the appeal),(See copies of defendant Raymond Dilution's new information attached as exhibit B)

THE PLAINTIFF
Bristout Bourguignon
PRO-SE

## CERTIFICATION

I hereby certify that the foregoing motion was mailed this 10 day of december 2003, to the following Attorney Lynn D. Wittenbrink, AAG Office of the Attorney General 110 Sherman St. Hartford, CT 06105.

Bristout Bourguignon
BRISTOUT BOURGUIGNON

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

BRISTOUT BOURGUIGNON         DOCKET N° 03-174

VS.

RAYMOND DILLON         DECEMBER 8, 2003

(Stamp: UNITED STATES COURT OF APPEALS FILED DEC 23 2003 Roseann B. MacKechnie, Clerk SECOND CIRCUIT)

## MOTION TO WITHDRAW OF APPEAL

COMES NOW, BRISTOUT BOURGUIGNON, PETITIONER PRE-SE IN the above-captioned matter, Pursuant to F.R.A.P. and Local Rules of the Second Circuit and withdraw said Appeal without Prejudice.

Motion to withdraw appeal granted. Appellant

For the Court:
Roseann B. MacKechnie, Clerk    OCT 28 2004
By: _C.J. Minuse_
Catherine J. Minuse, Supervisory Staff Attorney    CERTIFICATION

(Stamp: FILED OCT 28 2004 SECOND CIRCUIT)

I, hereby certify that the foregoing MOTION TO WITHDRAW OF APPEAL was mailed this 8 day of December 2003 to the following of Record; Clerk's office of United States District Court 915 Lafayette Blvd, BPT, CT 06604

EXHIBIT A



JUDICIAL BRANCH
STATE OF CONNECTICUT
ADMINISTRATIVE SERVICES DIVISION
61 Woodland Street
Hartford, Connecticut 06105
Telephone: (860) 722-1625
Fax: (860) 722-1606

**HUMAN RESOURCE MANAGEMENT**

Leigh A. Julian, Personnel Officer

TO:     Bristout Bourguignon, Prisoner # 265860
        Garner Correctional Institution
        50 Nunnawauk Road
        P.O. Box 5500
        Newtown, CT 06470-5500

FROM:   Leigh A. Julian, Personnel Officer

DATE:   November 21, 2003

RE:     FOI Request

We are in receipt of your request for information under the Freedom of Information Act. Attached is the incident report filed by Marshal Dillon dated February 14, 2001. Additionally, please note that Marshal Dillon is assigned to Court Operations, Superior Court JD2, 1061 Main Street, Bridgeport, CT 06604.

Attach.


EXHIBIT B

JUDICIAL MARSHAL
# JUDICIAL MARSHAL'S DEPARTMENT
## FAIRFIELD DISTRICT
### INCIDENT REPORT

LOCATION: JD #2
DATE: 2-14-01
TIME: 12:50

REPORTING MARSHAL
PRINT NAME: RAYMOND DILLON
BADGE NO. #:
AREA: Cellblock

JUDICIAL MARSHAL PERSONNEL: Rich Camaero

OTHER PARTIES: Boureginon Beistout

PRISONERS: Boureginon Beistout

TEXT: At Approx. 1250 while letting an inmate into cell #1 I attempted to close the celldoor and said prisoner Boureginon caught his thumb in between cellbar + celldoor. Me. Boureginon had a cut on his left thumb. We proceed to give him a bandaid and a towel wipe to stop bleeding. At the time I asked said person if he was alleight or needed additional medical attention and he responded no. I assume it started to eventually swell so he ask off. Camaero to go to Bpt Hospital who In turn called Rich Grazcyk who made arrangements. X-Rays proved negative and Ibuprofen was prescribed along with ice packs. Inmate was then transported back to JD #2 Lockup.

THIS REPORT IS SIGNED UNDER THE PENALTIES OF C.G. 53a-157. MAKING A FALSE STATEMENT, WHICH IS A MISDEMEANOR, PUNISHABLE BY ONE YEAR IN PRISON OR A $1,000.00 FINE.

X [signature]
SIGNATURE OF MARSHAL
BADGE NO. #:
TIME: 12:50
DATE: 2-14-01

AGENCY CONTACTED: N/A
POLICE ACTION TAKEN: N/A
PROPERTY DAMAGE: N/A
INJURIES: HAND
USE OF FORCE: N/A
SUPERVISING MARSHAL: [signature]
TIME: 12:35
DATE: 2/16/01
PAGE 1 OF 1 TOTAL PAGES
ATTACHMENTS: N/A

CC:

EXHIBIT B