01-1345 EO

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB -1 P 4: 34
U.S. DISTRICT COURT
NEW HAVEN, CT

Bristout Bourguignon,
    Plaintiff,

v.                                  Civil No. 3:01cv1345

Marshal Ray,
    Defendant.

### ENDORSEMENT ORDER ON PLAINTIFF'S MOTION TO REOPEN [DOC. #32]

By order dated July 12, 2004 [doc. #31] this Court denied plaintiff's motion to reopen his case and instructed him that the Court would be inclined to reopen the case only after he withdrew the appeal then pending before the Second Circuit Court of Appeals. Plaintiff's motion to withdraw his appeal was granted on October 28, 2004. See Motion to Reopen [doc. #32], Ex. A. Therefore plaintiff's motion to reopen is GRANTED.

IT IS SO ORDERED.

JANET BOND ARTERTON, U.S.D.J.

Dated at New Haven, Connecticut, this ___ day of February, 2005.