UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
BRISTOUT BOURGUIGNON        :
                            :              PRISONER
    v.                      :   Case No.  3:01CV1345(JBA)
                            :
MARSHAL RAY                 :
```

RULING AND ORDER

The United States Marshal is directed to effect in hand service on the defendant, State Judicial Marshal Ray Dillon, in his individual capacity at his current work address, the Connecticut Superior Court for Judicial District of Fairfield, 1061 Main Street, Bridgeport, CT 06604, within **thirty (30)** days from the date of this order.

Defendant Dillon is directed to appear within **thirty (30)** days from the date of service.

**SO ORDERED.**

Entered this 4th day of February, 2005, at New Haven, Connecticut.

/s/_____
Janet Bond Arterton
United States District Judge