UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

vs.

MARSHAL RAYMOND DILLON

CASE NO.

3:01cv1345 (JBA)

MARCH 30, 2005

FILED
2005 MAR 31  A 9:34
U.S. DISTRICT COURT
BRIDGEPORT. CONN

REQUEST FOR ENTRY OF DEFAULT
TO: CLERK OF The COURT FOR the fairfield County

You will please enter the default of defendant Marshal Raymond Dillon for failure to plead or otherwise defend as provided by the federal Rules of civil procedure, as appears from the attached affidavit of Bristout Bourguignon

THE PLAINTIFF
Bristout Bourguignon
PRO - SE