UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

vs.

MARSHAL RAYMOND DILLON

CASE NO.
3:01cv1345 (JBA)

MARCH 30, 2005

FILED 2005 MAR 31 A 9:34
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Pursuant to Rule 55(a)(b)(1) F.R.C.P. Plaintiff Bristout Bourguignon request that the Court enter Judgment in default based upon the attached affidavit against defendant Marshal Raymond Dillon in the above entitled matter for the Relief Requested in the complaint plus interest and costs.

Wherefore, the Plaintiff Request that the Court grant this motion in all aspects.

THE PLAINTIFF
Bristout Bourguignon