UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRISTOUT BOURGUIGNON | CASE NO. 3:01CV1345 (JBA) |
| vs. | |
| MARSHAL RAYMOND DILLON | MARCH 30, 2005 |

## AFFIDAVIT FOR ENTRY OF DEFAULT

PLAINTIFF BRISTOUT BOURGUIGNON, being duly sworn deposes and says:

1. I AM the PRO Se Plaintiff in the above entitled matter.

2. The defendant Marshal Raymond Dillon was served with a copy of the summons and complaint as appears from the PROOF of service on file.

3. The defendant Marshal Raymond Dillon has not filed or served an answer or taken

Other actions may be permitted by Law although more than 40 days have passed since the date of service

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that this affidavit is true and correct.

THE PLAINTIFF

_____
Bistrit Bourgugnur
PRO-SE