MANDATE

CTDC, Newhaven
01-cv-1345
Arterton, D.J.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

BRISTOUT BOURGUIGNON

vs.

RAYMOND DILLON

Docket No: 03-174

December 23, 2003

## MOTION TO WITHDRAW OF APPEAL

COMES NOW, BRISTOUT BOURGUIGNON, Petitioner Pro-Se in the above-captioned matter, pursuant to FRAP and Local Rules of the Second Circuit and withdraw said Appeal without prejudice.

Motion to withdraw appeal granted. Appellant

For the Court:
Roseann B. MacKechnie, Clerk        OCT 28 2004
By: C.J. Minuse
Catherine J. Minuse, Supervisory Staff Attorney

## CERTIFICATION

I, hereby certify that the foregoing MOTION TO WITHDRAW of APPEAL was mailed this 9 day of December 2003 to the following of Record; Clerk's Office of United States District Court 915 Lafayette Blvd, BPT, CT 06604

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

ISSUED AS MANDATE: OCT 28 2004