UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | PRISONER<br>CIVIL NO. 3:01CV1345 (JBA)(JGM) |
| V. | : | |
| MARSHAL RAY | : | APRIL 13, 2005 |

**APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter our appearance as counsel for the defendant in the above-captioned case.

Dated at Hartford, Connecticut, this 13th day of April 2005.

        DEFENDANT
        Marshal Ray

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


        BY:_____/s/_____
        Michael J. Lanoue
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Tel:  (860) 808-5450
        E-Mail:  nichael.lanoue@po.state.ct.us
        Federal Bar #ct05195

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 13th day of April 2005:

Bristout Bourguignon #265860
MacDougall/Walker Correctional Institution
1153 East Street South
Suffield, CT 06078

_____/s/_____
Michael J. Lanoue
Assistant Attorney General