UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | PRISONER<br>CIVIL NO. 3:01CV1345 (JBA)(JGM) |
| V. | : |  |
| MARSHAL RAY | : | APRIL 13, 2005 |

## ANSWER AND AFFIRMATIVE DEFENSES

The defendant respectfully answers plaintiff's complaint, as follows:

1. So much of plaintiff's complaint which alleges he was an inmate in the cellblock of the Superior Court at 1061 Main Street, Bridgeport, Connecticut, and that his thumb was caught in the cell door is admitted. So much of said complaint which alleges that defendant Dillon closed the cell door is admitted.

2. All remaining materials allegations are denied.

## FIRST AFFIRMATIVE DEFENSE

Insofar as this action seeks money damages from the State of Connecticut, it is barred by the Eleventh Amendment to the United States Constitution.

## SECOND AFFIRMATIVE DEFENSE

At all times mentioned in this lawsuit, the defendant acted within the scope of his duties as and officer/employee of the State of Connecticut and acted with a good faith belief that his actions were lawful and, therefore, he is entitled to qualified immunity from monetary damages.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's complaint is barred by the statute of limitations.

        DEFENDANT
        Marshal Ray

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


       BY:_____/s/_____
        Michael J. Lanoue
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct05195
        E-Mail:  michael.lanoue@po.state.ct.us
        Tel: (860) 808-5450
        Fax: (860) 808-5591


## **CERTIFICATION**

 I hereby certify that a copy of the foregoing was mailed to the following on this 13th day of April 2005:

 Bristout Bourguignon #265860
 MacDougall/Walker Correctional Institution
 1153 East Street South
 Suffield, CT 06078


        _____/s/_____
        Michael J. Lanoue
        Assistant Attorney General