UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

V.

MARSHAL RAY

PRISONER
No. 3:01cv1345(JBA)(JGM)

FILED
2005 MAY -2 A 9: 47
U.S. DISTRICT COURT

APRIL 27, 2005

## PLAINTIFF OBJECTION TO THE DEFENDANT ANSWER AND AFFIRMATIVE DEFENSES

This is a 42 U.S.C. §1983 action filed by PRISONER BRISTOUT BOURGUIGNON seeking damages, a declaratory Judgment, injunctive Relief, compensatory and punitive damages based on an injury to his left thumb when a Judicial Marshal Raymond Dillon intentionally without warning him slammed the steel cell door shut on his left thumb and called him a "nigger" and took a long time to open the cell door and Release his thumb, his finger nail was torn off and his thumb was bleeding. The defendant admitted of causing the Plaintiff harm in his answer and affirmative defenses dated April 13, 2005,

THE PLAINTIFF OBJECTION TO THE DEFENDANT AFFIRMATIVE DEFENSES AS FOLLOWS:

1. THE Plaintiff Pleading that as for the defendant eleventh amendment concern does not forbid suing state official in their individual capacities, local government and their individual capacities, Local government and their agencies are not Protected by the eleventh amendment, FARID v. Smith 850 F. 2d 917, 921 (2d Cir. 1988).

2. The defendant acted under color of Law at the time of the incident alleged in this complaint. The defendant's action or omission was more than inadvertence, Lack of due care negligence, Reckless behavior, callous neglect and thoughtless disregard. Jackson v. Bostik, 760 F. Supp. 524, 532 N.6 (D. Md. 1991) (Maryland Courts have Reject qualified immunities for state constitutional violations) Harlow v. Fitzgerald, 457 U.S. 800, 818, 102 S. Ct. 2727 (1982) the question has also been states as "Whether" a Reasonable officer could have believe his actions) to be Possed."

3. The Plaintiff suit commenced within the Statue of Limitation and his suit started July 7, 2001. The Court granted him his motion to Re-open Judgment on files.

                                The Plaintiff
                                _Bristout Bourguignon_
                                Pro-Se

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 27th day of April 2005;

Micheal J. Lanove
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

                                _Bristout Bourguignon_
                                BRISTOUT BOURGUIGNON