UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 AUG 25 P 4:11
U.S. DISTRICT COURT
BRIDGEPORT, CONN

BRISTOUT BOURGUIGNON
v.
MARSHALL RAYMOND DILLON

PRISONER
NO. 3:01 CV1345 (JBA)(JGM)

AUGUST 22, 2005

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, Fed. R. Civ. P. Plaintiff Bristout Bourguignon request this Court to grant him summary judgment as to the liability of defendant Raymond Dillon for damages. The reasons therefore are set forth in the plaintiff's affidavit and brief in support of motion.

The Plaintiff
Bristout Bourguignon

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 22nd day of August 2005:
Micheal J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Bristout Bourguignon
BRISTOUT BOURGUIGNON