UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 AUG 25 P 4:11

U.S. DISTRICT COURT
BRIDGEPORT, CONN

BRISTOUT BOURGUIGNON

v.

MARSHALL RAYMOND DILLON

PRISONER
NO. 3:00 CV 1345 (JBA)(JGM)

AUGUST 22, 2005

## BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

### Statement of the Case

This is a § 1983 action filed by a PRISONER at Mcdougall correctional facility seeking damages, a declaratory Judgment, and injunctive Relief based on injury committed by the defendant Raymond dillon, In this motion the plaintiff seeks summary judgment on his claims arising from the assault.

### Statement of facts.

As set forth in the accompanying declaration of the plaintiff BRISTOUT BOURGUIGNON, allegedly suffered injury to his left thumb when a Judicial marshall Raymond dillon who purposely and intentionally slammed a cell door on his thumb finger at the Bridgeport superior court on February 14, 2001, while he was consulting with his attorney when defendant Raymond dillon without warning him, slammed the steel cell door shut on his left thumb and call him a "nigga" and a black "mother fucker" and took a long time to open the steel cell door and Release his thumb and the plaintiff finger nail was torn off and the thumb was bleeding, on December 10, 2002 a formal hearing was held at manson youth institute by the claim commissioner based on Liability, At the

hearing in which none of the witnesses Requested were called. The claims of Commissioner James R. smith stated that Judicial marshall Richard Cammaro testified that he was one of three deputy sheriffs working that day and that he observed the entire incident and Cath RRo's version of the event was the same a defendant Raymond and contradicted the plaintiff alleges complaint.

The evidence of the hearing consisted soley of marshall Richard Camarro and defendant Raymond dillon. The claims of the commissioner denied liability on the injury and denied the plaintiff right to appeal the memorandym of decision and now the plaintiff have substantial amount of medical bills from various hospitals and medical collection agency.

## ARGUMENT

### DEFENDANT RAYMON DILLON IS LIABLE AND RESPONSIBLE FOR CAUSING THE PLAINTIFF HARM

The plaintiff has a great likelihood of sucess on the merits. what defendant had done intentionally to cause the plaintiff harm was unnecessary. The defendant was well aware of the plaintiff presence standing infront of him talking to his lawyer but the defendant without warning him, slammed the steel cell door shut on his left thumb then called him Racist name and took a long time to open the door and Release his thumb. The fact presented by the plaintiff is undisputable and are evidence that the defendant were acting "intentionally, maliciously and sadistically" to cause the plaintiff harm. They would support a jury verdict in the plaintiff is favor. See Miller J. Leathers, 913 F. 2d 1085, 1088 (4th Cir 1990). Oliver J. Collins, 914 F. 2d 56,59 (5th. Cir 1990) Lewis J Downs 774 F. 2d 711, 714 (6th Cir. 1985) evidence that show an officer kicked a hand cuffed person who was lying on the ground showed malicious motivation.

## CONCLUSION

FOR the foregoing Reasons, the Court should grant summary Judgment or Partial summary Judgment as to the Liability of defendant Raymond dillon for damages.

THE PLAINTIFF

*Bristout Bourguignon*

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 22nd day of august 2005:

Micheal J. Lanoue
Assistant Attorney General

110 Sherman Street
Hartford, CT 06105

*Bristout Bourguignon*
BRISTOUT BOURGUIGNON

**Xhibit 1**

# JUDICIAL MARSHAL'S DEPARTMENT
### FAIRFIELD DISTRICT
### INCIDENT REPORT

LOCATION: JD # 2

DATE: 2-14-01

TIME: 12:50

AREA: Cellblock

REPORTING MARSHAL

RAYMOND DILLON            BADGE NO. #
PRINT NAME

JUDICIAL MARSHAL
PERSONNEL: Rich Camaro

OTHER PARTIES: Bourginon Beistout

PRISONERS: Bourginon Beistout

TEXT: At appsox. 1250 while letting an inmate into cell #1 I attempted to close the celldoor and said prisoner Bourginon caught his thumb in between cellbar + celldoor. Me. Bourginon hat a cut on his left thumb. We proceed to give him a bandaid and a towel/wipe to stop bleeding. At the time I asked said person if he was alleight or needed additional medical attention and he responde no. I assume it started to eventually swell so he asked off Camarro to go to Bpt Hospital who In turn call Rich Grazcyk who made arrangements. X rays proved Negat and Ibuprofen was prescribed along with ice pack's. Inmate was then Transported back to JD#2 lock up.

THIS REPORT IS SIGNED UNDER THE PENALTIES OF C.G. 53a-157, MAKING A FALSE STATEMENT, WHICH IS A MISDEMEANOR, PUNISHABLE BY ONE YEAR IN PRISON OR A $ 1,000.00 FINE.

X _____    BADGE NO. # _____  12:50    2-14-01
SIGNATURE OF MARSHAL                          TIME        DATE

                                    TIME: _____  DATE: _____

AGENCY CONTACTED: N/A

POLICE ACTION TAKEN: N/A

PROPERTY DAMAGE: N/A

INJURIES: HAND

USE OF FORCE: N/A

SUPERVISING MARSHAL: _____    TIME: 12:35  DATE: 2/16/01

PAGE _1_ OF _1_ TOTAL PAGES    ATTACHMENTS: N/A

CC: _____

**BRIDGEPORT HOSPITAL**
267 GRANT STREET   --   BRIDGEPORT, CT 06610   --   PHONE: 203- 384-3566

INSTRUCTIONS FOR << BOURGUIGNON, BRISTOUT >>

Our doctors and staff appreciate your choosing us for your emergency medical care needs. Read these aftercare instructions carefully. Please call us if you have any questions about the care you received here today. We are dedicated to the well-being of our community.

------------------------------------------------------------------------

CONTUSIONS:
You have a deep bruise (contusion). Contusions are areas of tenderness and swelling in the soft tissues. They are the result of trauma and bleeding in the injured area. Minor trauma will give you a painless bruise; more severe contusions may stay painful and swollen for a few weeks. Treatment includes:
* Rest the injured area until the pain and swelling are better.
* Apply ice packs every few hours for 2-3 days, then moist heat.
* Elevate the injury to reduce swelling.
* Compression bandages also help reduce swelling and motion.

A hematoma may form in large contusions; this is a collection of blood in th deep tissues. Hematomas are usually reabsorbed by the body naturally, but sometimes they need to be drained. Please see your doctor or go to the emergency room right away if your contusion shows signs of infection (increased redness, swelling, pain), of if the area becomes numb, cold, blue or much more painful.

------------------------------------------------------------------------

FOLLOW-UP CARE:
Your physician today has been DR. KATHRYN GORDON-ESCOBAR

For follow-up care you should see your doctor or return here if you are not improving or get worse at any time.
When you see your doctor, bring your medicines and instructions to the office. If you had x-rays, an EKG, or lab tests today, they have been reviewed by your doctor. We will contact you at once if other important findings are noted after further review by our staff. If you do not continue to improve or if your condition worsens, please call your doctor or the emergency room right away.

_____ Patient/Family Educated on Pain Management Plan

I acknowledge receipt of these instructions. I understand that my condition may require more care and will arrange for further treatment as recommended.

_____          _____
        Staff Signature                   Patient or Representative Signature

FOR A REFERRAL TO A BRIDGEPORT HOSPITAL PHYSICIAN CALL 203-384-4444 OR
TOLL FREE 1-888-357-2396.   IT'S FAST, IT'S CONFIDENTIAL, IT'S FREE.
Wednesday, February 14, 2001 - 02:50 PM

# Medical Incident Report
## Connecticut Department of Correction

CN6...
Rev. 4-12

| | |
|---|---|
| **Facility** Brd. CCC | **Report Date** 2/14/01 |
| **Inmate name** Bourguignon Bristout | **Time** 10 ☐ a.m. ☑ p.m. |
| **Staff name** Dawn Fellman | **I.D. no.** 265860 |
| **Incident report submitted** ☑ Yes ☐ No | **Number** 265860 **Date** 2/14/01 |

**Treatment location** A/P.

**Injury description (must be completed if no other report):**

I/Mate stated finger got injury P being shut between a door @ court.

**Diagnosis:**

Alteration in skin integrity.

**Treatment administered:**

assess for S+S of infection

**Required Follow-up:**

To be evaluated by M.D on sick call

**Placement after treatment:**

**Observations/remarks:** laceration to thumb. 1 stitch noted no active drainage @ swelling. I.M denies any acute discomfort.

| | | |
|---|---|---|
| **Patient signature** X Bristout Bourguignon | **Date** 2/15/01 |
| **Medical staff signature** Dawn Fellman | **Date** 2/14/01 |
| **Custody supervisor signature** Lt Knutt | **Date** 2/15/01 |

EXHIBIT 3

## STATE OF CONNECTICUT
## OFFICE OF THE CLAIMS COMMISSIONER

CLAIM NUMBERS: 19192

BRISTOUT BOURGUIGNON

DECEMBER 11, 2002

### MEMORANDUM OF DECISION

The claimant, inmate Bristout Bourguignon, alleges that he suffered injury to his left thumb when a Deputy Sheriff (Judicial Marshall) slammed a cell door on him at the Bridgeport Superior Court. Claimant states that on February 14, 2001 he was consulting his attorney at the courthouse and standing by the door, when a Deputy Sheriff (Ray) slammed the steel door on his thumb. By claim filed January 10, 2002, claimant seeks damages of $150,000.00 and permission to sue the state. The respondent denies liability.

A formal hearing was held on December 10, 2002 at the Manson Youth Institute. At that hearing claimant and respondent appeared and presented evidence.

Claimant testified that he was in the "bullpen" at the courthouse and consulting with his attorney when the sheriff, without warning him, slammed the steel cell door shut on his left thumb. He stated that the Deputy Sheriff (Ray Dillon) called him a "black motherfucker" and took a long time to open the door and release his thumb. Claimant states that his fingernail was torn off and the thumb was bleeding.

Raymond Dillon, who is a Judicial Marshall and still works at the Bridgeport Superior Court, testified that the claimant was "unhappy" with his Public Defender and was running to the door and asking for a business card each time a private attorney came into the area. Dillon stated that he had opened the door to let another prisoner enter the bullpen and was closing it when claimant rushed to the area and reached out for a card. Dillon stated that claimant's thumb was caught in the closing door. Dillon stated that he opened the door immediately and that claimant stated that he was all right. He stated that other prisoners urged claimant to pursue legal action to make

- 1 -

some money. He stated that after a time claimant requested to go to a hospital. Dillon called his supervisor who authorized the medical trip and asked the claimant if he had any objection to Dillon transporting him. He stated that he heard claimant reply that he had no objection as the incident was an "accident". Dillon denied using any racial epitaphs as claimant alleged and stated that there were 35 to 40 prisoners present and any such statement would have "caused a riot".

Judicial Marshall Richard Camarro testified that he was one of three Deputy Sheriffs working on that day and that he observed the entire incident. Camarro's version of the events was the same as Dillon and contradicted the claimant's testimony.

Claimant 's testimony was not credible. He failed to explain why he would have placed his thumb in the doorjamb under any circumstances. He did not deny speaking with other attorneys when they came into the area. The testimony of the respondent's witnesses was consistent and credible. Based on the best evidence presented, this is not a "just claim" and is denied.

STATE OF CONNECTICUT
COMMISSIONER OF CLAIMS

James R. Smith

Office of the Claims Commissioner
18-20 Trinity Street, Hartford, CT 06106

JAMES R. SMITH
COMMISSIONER



18-20 Trinity Street
Hartford, CT 06106
Telephone (860) 566-2024
Facsimile  (860) 566-3406

**STATE OF CONNECTICUT**
Office of Claims Commissioner

Dear Claimant:

Enclosed is the Memorandum of Decision regarding your claim.  Please be advised of the following:

> *"Your claim will be submitted to the General Assembly at the next session (2003) and pursuant to Section 4-159 of the General Statutes. The General Assembly may accept, alter or reject the recommendation of the Claims Commissioner."*

Very truly yours,

Nanci Mae Gminski
Chief Clerk

/n

EXHIBIT 4

*1/6/03 Request to Reopen denied.*
*Nanci Mae Gminski*
*Chief Clerk*

## STATE OF CONNECTICUT
### OFFICE of the claims Commissioner

JAN 3 2003

Claim Number 19192

Bristout Bourguignon                    Dec. 29, 2002

### Plaintiff's Appealling
### MEMORANDUM OF DECISION

I, The claimant alleges suffered injury to my left thumb
when a deputy sheriff (Judicial marshall) slammed a cell
door on me at Bridgeport Superior Court. On February
14, 2001 I was consulting with my attorney after I saw
the judge. I was going in to the Bull pen when a
deputy sheriff (Ray) slammed the steel door on my thumb
intentionally.

A formal hearing was held on December 10, 2002 at
the Manson Youth Institute. At that hearing commissioner
claims Mr. James R. Smith did not give me an oppor-
tinuty to bring my witnesses that were there on Feb.
14, 2001. The claim commissioner Mr. James
R. Smith was biased. his decision on this
case base on the defendant hearsay. The Plaintiff
ask The commissioner of claims for a fair hearing
where the claimant can Prove his case.

chief clerk
Nanci Mae Gminski

Bristout Bourguignon
The claimant

EXhibit5

CONNECTICUT MEDI ADJ BUR
CONN-MED
PO BOX 1358
MIDDLETOWN CT 06457-1358
TELEPHONE: 860-343-9123

DATE:AUG 17 2001

*FINAL NOTICE*

BRISTOUT BOURGUIGNON
PO BOX 6490
BRIDGEPORT CT 06606-0490

YOUR ACCOUNT WITH:
BRIDGEPORT HOSPITAL O/P
CLIENT ACCT.#47326657
CONN-MED ACCOUNT #:20537344
==============================
TOTAL DUE: $371.60
==============================

BRISTOUT BOURGUIGNON:PATIENT

At your request, BRIDGEPORT HOSPITAL O/P agreed to
an extended payment arrangement in an effort to allow you to clear
up this past due balance. You have broken that arrangement
by failing to remit your monthly payments.

Your arrangement is now past due since:
FOR A TOTAL OF 0 PAYMENTS. The last date of payment on
this account was , thus I need a check, money order
or valid charge card in this office within the next 10 days
for the amount of $$185.80, in order to reactivate this payment
plan.

If payment does not arrive this account will be transferred to
legal counsel.

We have always informed you to call us if there was a reason for
you not meeting your obligation, thus this is now up to you and
only you can repair your credit with our client.

Maxwell Paulson, Dir. Legal/Collections
Banking:
Property:
ASSET:             PAY HX: *

--------------------------------------------------------------------

Late To make your coupon payment when it is due fill in Account Section:
Payment Due:                                        MasterCard, Visa, American Express or
        AUG 28 2001                                 Discover Card
        $185.80

CT Medical Adj Bureau, Inc.        Card Holder Signature
PO Box 1358
Middletown, CT 06457-1358          Charge Account #:
Address Correction Requested
    Account#20537344               Card Expiration Date:        Amount Payment: $ $


                        BRISTOUT BOURGUIGNON
                        PO BOX 6490

                        BRIDGEPORT, CT 06606-0490

350



**YALE NEW HAVEN**
**HEALTH**

PO BOX 1403 NEW HAVEN CT 06505

Facility:  BRIDGEPORT HOSPITAL
Patient Name:  BRISTOUT BOURGUIGNON
Account Number:  47326657

Billing Period:
From:  02/14/01
To:  02/14/01

Insurance:
First:
Second:
Third:

03/30/01

||..||...||....||...|||...||.....||...|||...||....||..||....||...|
BRISTOUT BOURGUIGNON
PO BOX 6490
BRIDGEPORT, CT  06606-0000

Dear BRISTOUT BOURGUIGNON:

Thank you for choosing our facility for the billing period indicated above.

It has been (30) thirty days since your last statement. The balance on this account remains unpaid and is past due. Please send balance due today.

To pay by credit card or make other payment arrangements, please call Monday through Friday from 8:00 AM until 5:00 PM.

If payment has already been sent, please disregard this notice.

Sincerely,
Patient Financial Services
800-688-4954

This communication is from a debt collector in an attempt to collect a debt. Any information obtained will be used for this purpose. The hospital only bills hospital related charges for anesthesia, emergency room, and radiology services. The physician charges are billed separately. Questions about physician bills should be addressed to telephone numbers listed on that bill.

**ACCOUNT SUMMARY**

| TOTAL CHARGES | ADJUSTMENTS | PATIENT PAYMENTS | TOTAL PAYMENTS | BALANCE DUE |
|---|---|---|---|---|
| 371.60 | 0.00 | 0.00 | 0.00 | 371.60 |

| DATE | | DESCRIPTION | SERVICE CODE | CHARGES & CREDITS |
|------|---|-------------|--------------|-------------------|
| 02/14/01 | 1 | HAND-LEFT MIN 3 VIEWS | 5180635 | 99.09 |
| 02/14/01 | 2 | TETANUS TOXOID ADSORBD O. | 0001223 | 11.42 |
| 02/14/01 | 2 | IBUPROFEN 400MG TAB U/D | 0001807 | 1.52 |
| 02/14/01 | 1 | EMERGENCY VISIT LEVEL 2 | 1600200 | 162.23 |
| 02/14/01 | 1 | PA-PART B-NEW LEVEL 2 | 1680179 | 97.34 |

**ACCOUNT NUMBER**
47326657
OR INQUIRIES CONTACT
800-688-4954

| CHARGES | − | PAYMENTS | − | ADJUSTMENTS | = | AMOUNT DUE |
|---------|---|----------|---|-------------|---|------------|
| 371.60 | | 0.00 | | 0.00 | | 371.60 |

This communication is from a debt collector in an attempt to collect a debt. Any information obtained will be used for this purpose. The hospital only bills hospital related charges for anesthesia, emergency room, and radiology services. The physician charges are billed separately. Questions about physician bills should be addressed to telephone numbers listed on that bill.

| DATE | QTY | DESCRIPTION OF SERVICE | SERVICE CODE | CHARGES & CREDITS |
|---|---|---|---|---|
| 02/14/01 | 1 | HAND-LEFT MIN 3 VIEWS | 5180635 | 99.09 |
| 02/14/01 | 2 | TETANUS TOXOID ADSORBD 0. | 0001223 | 11.42 |
| 02/14/01 | 2 | IBUPROFEN 400MG TAB U/D | 0001807 | 1.52 |

| | CHARGES | − | PAYMENTS | − | ADJUSTMENTS | = | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER 47326657 | 112.03 | | 0.00 | | 0.00 | | 112.03 |

**FOR INQUIRIES CONTACT**
800-688-4954

*This communication is from a debt collector in an attempt to collect a debt. Any information obtained will be used for this purpose.*

*The hospital only bills hospital related charges for anesthesia, emergency room, and radiology services. The physician charges are billed separately. Questions about physician bills should be addressed to telephone numbers listed on that bill.*

000030

## YALE NEW HAVEN HEALTH

PO BOX 1403 NEW HAVEN CT 06505

**AMOUNT OF PAYMENT $** _____

Card # _____  Exp. Date

Card Holder (Print) _____

Authorized Signature _____

☐ Check for Address Correction    ☐ Check for Additional Insurance Information
FILL OUT ADDRESS AND INSURANCE INFORMATION ON REVERSE SIDE

*If paying by credit card, check appropriate box below:*

 MASTERCARD     VISA     DISCOVER    ☐ AMERICAN EXPRESS

**Name:** BRISTOUT BOURGUIGNON
**Acct #:** 47326657
**Due from Patient:** $   371.60

Make checks payable to:



BRIDGEPORT HOSPITAL
P.O. BOX 8086
NEW HAVEN, CT 06530-0086

---

## YALE NEW HAVEN HEALTH

PO BOX 1403, NEW HAVEN CT 06505

FILL OUT ADDRESS AND INSURANCE INFORMATION ON REVERSE SIDE
☐ Check for Address Correction
☐ Check for Additional Insurance Information

**RESPONSIBLE PARTY NAME AND ADDRESS:**

BOURGUIGNON, BRISTOUT
PO BOX 6490
BRIDGEPORT, CT 06606

| DATE | 03/01/01 | PAGE # | 1 |
|---|---|---|---|

| ACCOUNT NUMBER | DATE OF SERVICE(S) |
|---|---|
| 47326657 | 02/14/01 |

PATIENT NAME
BOURGUIGNON BRISTOU

CREDIT CARD USED (Fill In Reverse Side):    **AMOUNT DUE**

☐ VISA    ☐ AMERICAN EXPRESS / AMEX              371.60
☐ MASTERCARD    ☐ DISCOVER    WRITE IN PAYMENT AMOUNT ▶ $

Make checks payable to:

BRIDGEPORT HOSPITAL
P.O. BOX 8086
NEW HAVEN, CT 06530-0086

---

# STATEMENT

**Bridgeport Radiology**
777 Commerce Dr
Fairfield CT 06432

**Address Service Requested**

Office Hours: 9:00 am - 4:30 pm
Phone: 203/696-6125  IRS# 06-0860129



IF PAYING BY MASTERCARD, VISA, DISCOVER OR AMEX, FILL OUT BELOW.
CHECK CARD USING FOR PAYMENT

☐ MASTERCARD    ☐ VISA    ☐ DISCOVER    ☐ AMERICAN EXPRESS

CARD NUMBER                              AMOUNT

SIGNATURE                               EXP. DATE

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 03/31/2001 | 47326657 | $40.00 |

Patient: BRISTOUT BOURGUIGNON

AMOUNT PAID



*14  *********3-DIGIT 066

BRISTOUT BOURGUIGNON
PO BOX 6490
BRIDGEPORT CT 06606-0490

MAKE CHECK PAYABLE & REMIT TO:

**Bridgeport Radiology**
PO Box 6401 Church St Station
New York NY 10249-6401

UNITED STATES DISTRICT COURT
DISTRICT of CONNECTICUT

BRISTOUT BOURGUIGNON

v.

MARSHAL RAY

PRISONER
NO. 3:01CV1345 (JBA)(JGM)

MAY 23, 2005

## PLAINTIFF'S INTERROGATORIES

PURSUANT to Rule 33 F.R.C.P., the Plaintiff
BRISTOUT BOURGUIGNON Request that defendant
MARShal Raymond dillon is directed to answer
each of the interrogatories in writting un-
der Oath within thirty (30) days of service.

1. Please state the following:

a) Defendant full name and any other
name(s) which he has been known.
See Attached

b) Defendant home address and work address.

See Attached

2. When was the date and time defendant Raymond dillon intentionally close a steel door on the plaintiff's thumb?

See Attached

3. How many inmates were present at the time of the incident?

See Attached

4. Can you names all the inmates that were present during the incident?

See Attached

5. What was the reason for the defendant to close a steel cell door on the Plaintiff's thumb?

See Attached

6. Do you have a copy of the court Bull pen JD #2 video tapes Recorded on the date of the incident?

See Attached

7. Names all marshall officers that were present during incident.

See Attached

8. Names all marshall officers that took the plaintiff to the Bridgeport hospital for his injury thumb.

*See Attached*

9. When defendant Raymond dillon attempted to close the steel cell door. Did he warned the plaintiff to Removed his hand?

*See Attached*

10. When the defendant Raymond dillon Proceed to give the plaintiff a band Aid and a towel wip. Did the plaintiff's thumb was bleeding and swollen?

*See Attached*

11. How long did Marshall Raymond dillon Left the plaintiff's thumb Locked in the cell door?,

*See Attached*

12. Is this incident Reported to the Judicial Marshal's department?

*See Attached*

13. Was any attorney present during the incident?

See Attached

14. IN what way defendant transported the plaintiff to the hospital?

See Attached

15. What type of medication prescribed for the plaintiff injury at the Bridgeport correctional institution?

See Attached

16. What type of medication prescribed for the plaintiff injury at the hospital?

See Attached

17. Did the plaintiff have any hospital bills pertinent to this case.

See Attached

18. If so, how much money was the plaintiff hospital bills were

See Attached

19. Did the defendant Raymond dillon stated that the plaintiff was "unhappy" with his public defender and was running to the door and I close the steel cell door on his hand?   See Attached

20. Did the defendant Raymond dillon stated he had opened the door to let another prisoners enter the bullpen and when he saw the Plaintiff Reached out for a card then he shut the steel cell door on the Plaintiff's thumb?

See Attached

21. Did the defendant Raymond dillon called the plaintiff a "nigger" and a "Black mother fucker" during incident dated 2-14-01?

See Attached

22. Did the defendant Raymond dillon took a long time to open the steel cell door and Release the plaintiff's thumb?

See Attached

23 When those prisones that were present during incident did they urged the Plaintiff to pursue legal action because of the of his injury or name calling by the defendant?

See Attached

24. Did any of those inmates present when defendant called the plaintiff a 'nigger' and a "black mother fucker" while his thumb stuck in the steel cell door?

See Attached

25. Did the defendant Raymond dillon verbally abused the plaintiff while he was coming back from the hospital?

See Attached

The Plaintiff

Bristout Bourguignon

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 23 day May 2005! Micheal J. Lanove assistant attorney general at 110 sherman St. Hartford, CT 06105

Bristout Bourguignon
BRISTOUT BOURGUIGNON

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | PRISONER<br>CIVIL NO. 3:01CV1345 (JBA)(JGM) |
| V. | : | |
| MARSHAL RAY | : | MAY 25, 2005 |

## RESPONSES TO INTERROGATORIES
## DIRECTED TO DEFENDANT RAY

1.    Raymond Joseph Dillon, Jr.

2.    Objection to have address as invasion of privacy, security reasons.  Plaintiff is an inmate.

Work address:  1061 Main Street, Bridgeport, CT 06604

3.    I do not recall.

4.    I do not have any knowledge.

5.    The cell door had to be closed.  The plaintiff's own negligence in placing his hand on the

door caused his injury.

6.    No tape was made, therefore no copy exists.  Camera does not videotape.

7.    See Attachment A.

8.    Joseph Rossi and myself.

9.    No, there was no time to do so.

10.    I do recall that the thumb was bleeding, however, I believe it may have been slightly

swollen.

11.    Seconds at most.  I opened the door immediately upon realizing the plaintiff had placed

his hand on the bar which closed on the door jam.

12.    Yes.

13.    Yes.

14.    Marshal's Transportation Van.

15.    I have no knowledge of what was prescribed at Bridgeport Correctional Center.

16.    I believe ibuprofen. The plaintiff requested Percocet.

17.    I have no knowledge.

18.    I have no knowledge.

19.    Plaintiff had indicated he was not happy with his public defender and he attempted to get the attention of an attorney by running up to the door and, on this occasion, he placed his hand on a bar while I was closing the door, causing his thumb to be caught. I have stated these facts on several occasions since this incident.

20.    See answer to number 19, above.

21.    No.

22.    No.

23.    Several inmates encouraged the plaintiff to file a lawsuit after he was injured. There was no name-calling.

24.    Inmates were present, no name-calling was done.

25.    No.

I have read the foregoing responses to plaintiff's Interrogatories and they are all true and accurate to the best of my knowledge and belief.

Raymond J. Dillon, Jr.

Subscribed and sworn to before me this 25th day of May 2005.

Michael J. Lanoue
Commissioner of the Superior Court

3

DEFENDANT
Marshal Ray

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05195
E-Mail: michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of ~~May~~ June 2005:

Bristout Bourguignon #265860
MacDougall/Walker Correctional Institution
1153 East Street South
Suffield, CT 06078

_____
Michael J. Lanoue
Assistant Attorney General

4

EXHIBIT 7

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

V.

MARSHAL RAY

PRISONER

NO. 3:01CV 1345 (JBA) (JGM)

MAY 23, 2005

PLAINTIFF REQUEST FOR ADMISSIONS

PURSUANT to the F.R.C.P. Rule 36 the defendant MARshal Raymond dillon Required to admit or deny the truth of the following statements of opinion of fact. If the defendant marshal Raymond dillon fails to admit to the truth of these matters, the Plaintiff will apply to the COURT for an order Required defendant marshal Raymond dillon to pay him the Reasonable expenses incurred in making the proof including Reasonable attorney fees.

Accordingly, admit or deny to the following:

1. AT approximately 1250 defendant Marshall Raymond dillon close the Cell steel door on the Plaintiff's thumb.

2. The Plaintiff had a cut on his Left thumb. because of the incident occured on 2-14-01.

3. The Plaintiff's thumb was bleeding and swollen Because of Marshall Raymond close his hand in the steel cell door dated 2-14-01.

4. The defendant Marshal Raymond dillon Proceed to give the Plaintiff a band Aid and a towel wip to stop bleeding.

5. The defendant Marshall Raymond Nillon Took the Plaintiff to the Bridgeport hospital for his injury.

6. Plaintiff was provided Ibuprofen and ice Parks for his Injury included prescribed medication for his pain and suffering.

7. Plaintiff was in the bull pen at the court house and consulting with an attorney when defendant marshall Raymond dillon, without warning him, slammed the steel cell door on his left thumb.

8. Defendant Marshal Raymond dillon left the Plaintiff's thumb lock in cell door and took a long time to open the steel cell door and release the Plaintiff's thumb.

9. While the Plaintiff's thumb stuck in the steel door defendant Raymond dillon called the Plaintiff a "Nigger" and a "black mother fucker" during incident dated 2-14-01.

10. Defendant marshal Raymond denied using Racial epitaphs as the plaintiff alleged and stated that there were 40 prisoners present at the plaintiff bull pen and any such statement would "caused a Riot".

11. The prisoners that were present during incident urged the plaintiff to pursue legal action because of his injury and name calling by the defendant.

12. All the prisoners that were present during the incident witness the defendant Raymond dillon intentionally close the steel door on the plaintiff's thumb and verbally call the plaintiff call the plaintiff a "nigger" and a black mother fucker.

THE PLAINTIFF

Biustout Bunyungnun

PRO - SE

CERTIFICATION

I hereby certify that a copy of the fore going was mailed to the following on this 23 day of May, 2005; Micheal J. Lanove, Assistant Attorney General 110 sherman street Hartford, CT. 06105

Biustout Bunyungnun

Biustout Bourgignow

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON     :     **PRISONER**
CIVIL NO. 3:01CV1345 (JBA)(JGM)

v.                              :

MARSHAL RAY                :     JUNE 13, 2005

## RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS

1.     To the extent this alleges an accident by the plaintiff placing his hand on the cell door bar while the defendant was closing it, such is admitted. Otherwise, the statement is denied.

2.     Admit.

3.     Denied as to cause. Swollen and a slight cut is admitted.

4.     Admit.

5.     Admit as to one of two officers.

6.     Admit.

7.     Admit as to being in bullpen. Denied as to slammed the steel cell door. To the extent asking an attorney for his card is "consulted," such is admitted.

8.     This statement does not make complete sense, but is denied to the extent it alleges the defendant deliberately left plaintiff's thumb caught in the door.

9.     Denied.

10.     Admit.

11.     Admit as to injury. Denied as to name-calling.

12.     Denied.

DEFENDANT
Marshal Ray

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____

Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05195
E-Mail: michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day

of June 2005:

Bristout Bourguignon #265860
MacDougall/Walker Correctional Institution
1153 East Street South
Suffield, CT 06078


_____

Michael J. Lanoue
Assistant Attorney General

3

**EXHIBIT 8**

**RICHARD BLUMENTHAL**
ATTORNEY GENERAL



MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

July 21, 2005

Bristout Bourguignon #265860
MacDougall/Walker Correctional Institution
1153 East Street South
Suffield, CT 06078

Re:    Bourguignon v. Ray

Dear Mr. Bourguignon:

Thank you for your recent letter.

As you know, the Claims Commissioner previously found your testimony not credible and that Sheriff Dillon did not cause your injury.

The facts of this case do not warrant a settlement.

Very truly yours,

Michael J. Lanoue
Assistant Attorney General

MJL/bjo