UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | PRISONER |
| | : | NO. 3:01CV1345(JBA)(JGM) |
| VS. | : | |
| | : | |
| MARSHAL RAYMOND DILLON | : | SEPTEMBER 13, 2005 |

**MOTION FOR ENLARGEMENT**

The defendant respectfully request a thirty (30) day enlargement of time to October 15, 2005 to respond to the plaintiff's Motion For Summary Judgment for the following reasons:

1. Defendant counsel has been engaged in other litigation responsibilities;

2. Defendants counsel needed further time to respond; and,

3. Defendant has a valid defense to plaintiff allegations.

DEFENDANT,
Marshal Raymond Dillon

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:____/s/_____
Michael J. Lanoue
Assistant Attorney General
Federal Bar No. ct05195
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: michael.lanoue@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by U.S. mail to the following on this 13th day of September, 2005 to:

Bristout Bourguignon, Inmate No. 265860
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

                                            /s/
                                          Michael J. Lanoue
                                          Assistant Attorney General