UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | PRISONER<br>CIVIL NO. 3:01CV1345 (JBA)(JGM) |
| v. | : | |
| MARSHAL RAY | : | OCTOBER 13, 2005 |

### AFFIDAVIT OF RICHARD GRACZYK

I, Richard Graczyk, being duly sworn, depose and say that:

1. I am employed by the State of Connecticut as a Judicial Marshal.

2. On February 14, 2001, I was Acting Supervising Judicial Marshal for the Superior Court, J.D. #2 in Bridgeport, Connecticut.

3. On that date, Bristout Bourguignon was an inmate held in the cellblock at J.D. #2.

4. On that date, I was informed by Judicial Marshal Ray Dillon that an incident had occurred involving Mr. Bourguignon.

5. I instructed Judicial Marshal Dillon to write a report.

6. I proceeded from my office to the cellblock area.

7. Once in the cellblock, I spoke with Mr. Bourguignon after being informed by Judicial Marshal Dillon as to what had happened.

8. I made a decision to send Mr. Bourguignon to Bridgeport Hospital.

9. As an inmate, Mr. Bourguignon had to be escorted to the hospital by Judicial Marshals.

10. I did not intend to send Judicial Marshal Ray Dillon with Mr. Bourguignon because I had concerns that Mr. Bourguignon might harbor ill feelings towards Mr. Dillon as a result of the incident.

11. However, Mr. Bourguignon interjected in my discussion with the Judicial Marshals who were present that he had no problem with Mr. Dillon escorting him and stated he knew what happened was just an accident.

12. Mr. Bourguignon also stated he had no ill feelings towards Mr. Dillon.

13. At no time did Mr. Bourguignon express anything negative about Mr. Dillon and did not make any complaints concerning Mr. Dillon's conduct.

14. At no time did Mr. Bourguignon complain of any derogatory comments or remarks made by any Judicial Marshal concerning him or his race, either before his transport to the hospital or after his return.

15. Specifically, Mr. Bourguignon never claimed he had been called a "black mother fucker" or "nigger" by Mr. Dillon.

16. I am not aware of any other problems concerning Mr. Bourguignon for the rest of that day.

I have read the foregoing and it is true and accurate to the best of my knowledge and belief.

_____
Richard Graczyk

Subscribed and sworn to before me this 13 day of October 2005.

_____
Michael J. Lanoue
Commissioner of the Superior Court