UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | PRISONER<br>CIVIL NO. 3:01CV1345 (JBA)(JGM) |
| v. | : | |
| MARSHAL RAY | : | OCTOBER 13, 2005 |

### AFFIDAVIT OF JOSEPH ROSSI, JR.

I, Joseph Rossi, Jr., being duly sworn, do hereby depose and say:

1. On February 14, 2001, I was employed by the State of Connecticut as a Judicial Marshal.

2. On the above date, I was assigned to the Superior Court, J.D. #2 in Bridgeport, Connecticut.

3. During that day, I was ordered by Judicial Marshal Supervisor Graczyk to escort inmate Bristout Bourguignon to the Bridgeport Hospital with Judicial Marshal Ray Dillon.

4. I was informed by Mr. Dillon that Mr. Bourguignon's thumb had be injured.

5. At the hospital, Mr. Bourguignon was examined and an x-ray was taken.

6. After being treated and the x-ray taken, we transported Mr. Bourguignon back to the lock-up.

7. I was with Bristout Bourguignon and Ray Dillon the entire time from the lock-up to the hospital and back to the J.D.

8. At no time did I hear any derogatory comments made by anyone toward Mr. Bourguignon, including Ray Dillon.

9. At no time did I hear any racial comments of any kind, including the words "nigger" or "black mother fucker".

10. Mr. Bourguignon was quite friendly toward Mr. Dillon and engaged in small talk while we escorted and transported him.

11. I observed no animosity between Mr. Dillon and Mr. Bourguignon at any time.

I have read the foregoing and it is true and accurate to the best of my knowledge and belief.

_____
Joseph Rossi, Jr.

Subscribed and sworn to before me this 13TH day of October 2005.

_____
Michael J. Lanoue
Commissioner of the Superior Court

2