UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | PRISONER<br>CIVIL NO. 3:01CV1345 (JBA)(JGM) |
| v. | : | |
| MARSHAL RAY | : | OCTOBER 13, 2005 |

## AFFIDAVIT OF RICHARD CAMARRO

I, Richard Camarro, being duly sworn, do hereby depose and say:

1. I am employed by the State of Connecticut as a Judicial Marshal.

2. On February 14, 2001, I was assigned to the cellblock in Superior Court, J.D. #2 in Bridgeport, Connecticut.

3. Bristout Bourguignon was an inmate on the above date in the J.D. #2 cellblock.

4. At about 12:50pm, I observed Judicial Marshal Dillon closing a cell door and inmate Bourguignon being at the front of the cell.

5. I did not observe the cell door being slammed shut. It appeared to me that the door was being closed normally.

6. It was part of my job to observe the opening and closing of cell doors by other judicial marshals.

7. I was aware that Mr. Bourguignon claimed his thumb had been caught in the door and assisted Judicial Marshal Dillon by handing him some paper towels and a Band-Aid.

8. At the time of the incident, I was approximately ten feet from the cell door and Judicial Marshal Dillon.

9. At a later point, Mr. Bourguignon stated he desired medical attention and I contacted my supervisor, Richard Graczyk, informed him of this request.

10. At no time did I hear Mr. Dillon state any derogatory comments toward Mr. Bourguignon. Specifically, I have never heard Mr. Dillon use the words "black mother fucker" or "nigger".

11. At no time did Mr. Bourguignon complain to me about Mr. Dillon and I was present when Richard Graczyk asked him if he had any problem with Mr. Dillon transporting him to the hospital, to which Mr. Bourguignon responded "No, I have no problem."

I have read the foregoing and it is true and accurate to the best of my knowledge and belief.

_____
Richard Camarro

Subscribed and sworn to before me this 13th day of October 2005.

_____
Beverly J. O'Brien
Notary Public

My Commission Exp. May 31, 2009