UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | PRISONER |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | CIVIL NO. 3:01CV1345 (JBA)(JGM) |
| v. | : | |
| MARSHAL RAY | : | OCTOBER 14, 2005 |

**NOTICE TO PRO SE LITIGANT OPPOSING SUMMARY JUDGMENT**

Local Rule 56a(1) requires that counsel filing a Motion for Summary Judgment notify the pro se appearing party of the requirements for filing papers opposing the Motion for Summary Judgment.

In accordance with that rule, a copy of Local Rule 56a(1) which sets forth the requirements that the pro se litigant must meet in filing his motion in opposition to the Defendant's Motion for Summary Judgment, along with Federal Rule of Civil Procedure 56, are attached.

DEFENDANT
Marshal Ray

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____/s/_____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05195
E-Mail:  michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 14th day

of October 2005:

>   Bristout Bourguignon #265860
>   MacDougall/Walker Correctional Institution
>   1153 East Street South
>   Suffield, CT 06078

_____/s/_____
Michael J. Lanoue
Assistant Attorney General