UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

v.

Marshal RAYMOND DILLON

PRISONER

NO. 3:01 cv 1345 (JBA)(JCM)

OCTOBER 25, 2005

MOTION TO GRANT SUMMARY JUDGMENT DUE TO THE FACT THAT THE DEFENDANT FAILED TO RESPOND TO THE PLAINTIFF SUMMARY JUDGMENT DATED AUGUST 22, 2005 in A TIMELY MANNER

Pursuant to Rule 56 Fed. R. Civ. P. Plaintiff BRISTOUT BOURGUIGNON filed a motion for Summary Judgment as to the Liability of defendant Marshal Raymond Dillon for damages. The defendant failed to respond to the plaintiff motion for Summary Judgment dated August 22, 2005. On September 13, 2005, the defendant request a (30) days enlargement of time to october 15, 2005, to respond to the Plaintiff's motion for Summary Judgment.

On 9-19-2005, the Plaintiff Received a notice of electronic order signed by honorable Judge Janet Bond Arterton granted the defendant motion for extention of time and Respond before 10-15-05.

ARGUMENT

The defendant had an ampler amount of time to Respond to the plaintiff Summary Judgment dated August 22, 2005 and failed to comply with the Court order, granted (45) Motion for extension of time and (44) Motion for Summary Judgment.

The Plaintiff argument is that "If he was in this predicament and had a deadline to Respond to a Summary Judgment from the defendant and failed to respond in a timely manner the Court would have dismiss his case based on that ground alone. The defendant had had ample time and opportinuty but had failed diligently to respond in a timely manner. Barfield

v. Brierton, 883 F. 2d 923, 931-33 (11th Cir. 1989)

The plaintiff feel that the defendant attorney assistance general Micheal J. Lanoue is abusing his authority and power to intimidate and over power the plaintiff. The plaintiff ask the court to consider this motion and enforce its own ruling on policy and procedures of the court order on (44) motion for summary judgment and (45) motion for extention of enlargement for time dated 9-19-2005, in accordance with the federal rules of civil procedures. The defendant did not respond to the plaintiff motion for summary judgment dated august 22, 2005.

Wherefore the plaintiff request this court to grant him his motion for summary judgment in all aspects.

<u>The plaintiff</u>

Bisbrut Bmyungnm
Pro-se

## CERTIFICATION

I hereby certify that a copy of the following motion was mailed on this date 25 day of august 2005 to:

Assistant Attorney General
Micheal J. Lanoue
110 Sherman Street
Hartford, CT 06105

*Bristout Bourgoignon*
BRISTOUT BOURGOIGNON