UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | PRISONER<br>CIVIL NO. 3:01CV1345 (JBA)(JGM) |
| v. | : |  |
| MARSHAL RAY | : | OCTOBER 14, 2005 |

### MOTION IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, Fed.R.Civ.P., the defendants move for summary judgment and oppose plaintiff's motion for summary judgment for the reasons more fully set forth in the accompanying Memorandum of Law, filed herewith.

DEFENDANT
Marshal Ray

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05195
E-Mail:  michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 14th day of October 2005:

Bristout Bourguignon #265860
MacDougall/Walker Correctional Institution
1153 East Street South
Suffield, CT 06078

_____
Michael J. Lanoue
Assistant Attorney General