UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | CIVIL NO. 3:01CV1345 (JBA)(JGM) |
| v. | : | |
| MARSHAL RAYMOND DILLON | : | NOVEMBER 7, 2005 |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DATED OCTOBER 25, 2005

The Court's granting of defendant's request for further time was within its sound discretion, for good cause shown, and in the interests of justice.

Plaintiff's Motion should be denied.

           DEFENDANT
           Marshal Raymond Dillon

           RICHARD BLUMENTHAL
           ATTORNEY GENERAL


BY:_____/s/_____
      Michael J. Lanoue
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Federal Bar #ct05195
      E-Mail:  michael.lanoue@po.state.ct.us
      Tel: (860) 808-5450
      Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 7th day of November 2005:

Bristout Bourguignon #265860
MacDougall/Walker Correctional Institution
1153 East Street South
Suffield, CT 06078

_____/s/_____
Michael J. Lanoue
Assistant Attorney General