FILED

2005 DEC -7 P 3: 38

U.S. DISTRICT COURT

UNITED STATES DISTRIC COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON :
: PRISONER
v. : Case No.3:01cv1345(JBA)(JGM)
:
Sheriff RAY, et al : November 28, 2005


Decleration In Opposition to Defendant's
Motion for Summary Judgment

Bristout Bourguignon declares under penalty of perjury:

1  I am the plaintiff in the above entitled case. I made this declaration in opposition to defendant 's motion for summary judgment on my claim that defendant Raymond Dillon assault me and cause me to suffered injury to my left thumb.

2. The defendant's affidavits claim, in summary, that the above inciden was caused by the plaintiff placing his hand between the door and the door jam with out Marshal Raymond Dillon 's knowledge.

3. The defendant is not entitled to summary judgment because there are genuine issues of material fact to be resolved. These issues are identified in the accompanying statement of disputed factual issues filed by the plaintiff pursuant to rule 56 [e] of the local rules of this district courts.The fact are set out in this declaration.

4. On february 14,2001 , I was an unsententenced inmate being held in the number 1 cell of the cell block at the Superior court in Bridgeport.

5. At approximately 12:50 pm ,Marshsal Raymond Dillon opened the door of the cell#1 to allowed another inmate to enter and at the time I was already infront of the cell door consulting with my attorney .

6. While Marshal Raymond Dillon attemted to close the cell door, he saw me standing infront of him which at time, I weight 250 pound.

7. While I was infront of the steel cell door, I lean forward to ask my attorney a question concerning about my case. At the time I was having conflict and lack of communication with my attorney.

8. On february 14, 2001, I got assaulted by Marshal Raymond Dillon who intentionally, recklessly lock and slammed the steel cell door shut on my left thumb. see a copy of Marshal Raymond Dillon incident report in the plaintiff motion for summary judgment dated august 22, 2005 as exhibit 1.

9. After Marshal Raymond Dillon slammed the steel door on my finger. I screamed out for him to please open the door while so many inmates were witness the incident.

10. Marshal Raymond Dillon took his time to opened the cell door on my finger.

11. Marshal Raymond Dillon called me a " black mother fucker" and a " nigger" infront those inmates that were present during incident.

12. Marshal Raymond Dillon stated to me that during incident that I deserved for what happened to me for standing infront of the steel cell door.

13. The above incident was caused by the defendant Raymond Dillon because he failed to perform his fundamental duty fundamental duty to ensure me the safety and security.

14. Marshal Raymond Dillon did not care of my welfare and my safe keeping. He did not obey all laws of the federal government and the state of connecticut and he did in fact violate the office of the district of Marshal code of conduct.

15. Marshal Raymond Dillon acted officiously and permit personal feelings, prejudices, animosities towards me. He intentionally, deliberately, recklessly, purposely lock my left thumb between the steel cell door.

16. As a result of the february 14,2001 incident, I suffered injury and pain to my left thumb and my finger nail was torn off and my left thumb was bleeding. see a copy of both bridgeport hospital and bridgeport correctional center medical report attach in the plaintiff's motion for summary judgment dated august22, 2005 as exhibit 2.

17. I asked the defendant Raymond Dillon for medical assistant which he denied me ,instead he gave me a band aid and a towel-wipe and those inmates that witness the entire incident urged to contact his supervisor for medical assistance.

18. I called Judicial Marshall Richard Camarro who at the time of incident was in his office doing paperwork and I asked him to call his supervisor because I needed medical assistance.

19. Arragements were made and I was taken to Bridgeport Hospital through the supervisor, Richard Grazyk.

20. The defendant supervisor, Richard Grazyk did not consult with me and ask me if it was ok to have Marshall Raymond Dillin escort me to the Bridgeport Hospital.

21. Oh route to the hospital and back to the court I was repeatedly abused verbally by the defendant Raymond Dillin who called me a "nigger" and a "black mother fucker".

22. I got treated and took x-ray and was provided pain medication from Brideport Hospital and when I got back to the court house from the hospital, I mentioned the defendant Raymond Dillin racial comment to the supervisor Richard Grazyk which he did not take any further step to discipline Marshall Raymond Dillins behavior.

23. I have substantial amount of medical bills from Bridgeport Hospital which I cant afford. See a copy of medical bills attached in the plaintiffs motion for summary judgement dated August 22,2005 as exhibit 5.

24. On August 22, 2005 I filed a motion for summary judgement asking the court to grant my motion because of the undisputed facts in my case. In my motion for summary judgement dated August 22, 2005, will clearly give the court a better understanding based on the facts.

25. Contrary to defendant's affidavits during the incident. I did not threaten or provoke the defendant or break any rules. Rather after he assaulted me I asked him for medical assistance which he denied me.

The forgoing factual allegations create a genuine issue of material fact and will, if proved at trial, entitle me to judgement, as explained in the brief submitted with this declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

11/28/05

JACQUELINE BACHAN
NOTARY PUBLIC
MY COMMISSION EXPIRES 8/31/2006

The Plaintiff,

Bristout Bourguignon

CERTIFICATION
-------------------------

I hereby that a copy of the foregoing was mailed to the following on this 28 th day of november 2005;

Michael i. lanoue
assistant attorney general
110 sherman street
hartford, ct. 06105

*[signature]*
BRISTOUT BOURGUIGNON