EXHIBIT A



# Sheriff's Department

EDWIN S. MAK
High Sheriff

FAIRFIELD COUNTY COURTHOUSE
1061 MAIN STREET
BRIDGEPORT, CONNECTICUT 06604
TEL: 579-6239

ANTHONY J. POST
Chief Deputy Sheriff

MEMORANDUM OF POLICY #3-89

Dated: January 4, 1989

SUBJECT: CONDUCT WHILE ON DUTY OR WHILE IN UNIFORM.

While in the performance of your duties at locations maintained by this agency, your conduct in dealing with the General Public and State Employees is a reflection upon the FCSD and it's Mission.

Care is to utilized at all times, to prevent any FCSD Officer from being associated with any person, organization or incident which will result in the embarassment of himself/herself or this agency.

While in uniform or any identifiable portion thereof, FCSD Personnel are to refrain from locations where alcoholic beverages are consumed, are to refrain from the consumption of alcoholic beverages and shall not frequent locations in which illict activity is suspected to be occuring.

FAILURE TO COMPLY WITH THIS POLICY CONSTITUTES DISOBEDIENCE OF AN ORDER.

Edwin S. Mak
High Sheriff Fairfield County

INTERDEPARTMENTAL MESSAGE
STO-201 REV. 7/86
(Stock No. 6938-051-01)

STATE OF CONNECTICUT

Obtain "STATE EMPLOYEE SUGGESTION" forms from, and send your ideas to: Employee's Suggestion Awards Program, 165 Capitol Avenue Hartford, CT 06106.

**To**
NAME, TITLE: ALL SPECIAL DEPUTY SHERIFFS
AGENCY, ADDRESS: FAIRFIELD COUNTY SHERIFFS DEPARTMENT
DATE: 4/10/95

**From**
NAME, TITLE: EDWIN S. MAK - HIGH SHERIFF
AGENCY, ADDRESS: FAIRFIELD COUNTY SHERIFFS DEPARTMENT
TELEPHONE: 579-6230

**Subject:** RE STATEMENT OF POLICY - OFFICER CONDUCT     PAGE 1 OF 2

Please be advised: All personnel assigned as Special Deputy Sheriffs within this County shall, by virtue of their signature on the accompanying sign off sheet, indicate their complete understanding and total compliance with the following Departmental Policy as it pertains to the personal conduct required of all officers.

In order to ensure all personnel are aware of this Departments policy on officer conduct, the following is a re statement of the policies and procedures of the Fairfield County Sheriffs Department as it pertains to harassment, discriminatory and or derogatory practices by said personnel.

**POLICY:** No Special Deputy Sheriff of this County shall engage in the harassment of any person, whether an officer in the F.C.S.D. or not, for any reason. This shall apply to all personnel. This policy shall apply to matters inclusive of but not limited to a: Sexual; Ethnic; National Origin; Race; Color; Creed or Sexual Orientation nature.

**POLICY:** No Special Deputy Sheriff of this County shall engage in any derogatory; discriminatory or demeaning practice which involves any person, whether an officer in the F.C.S.D. or not. This shall apply to all personnel. This policy shall apply to matters inclusive of but not limited to a: Sexual; Ethnic; National Origin; Race; Color; Creed or Sexual Orientation nature.

**POLICY:** No Special Deputy Sheriff of this County shall conduct themselves in such a manner that their actions, words and/or deeds may or would be injurious, malicious or cause damage or defamation to any person, whether an officer in the F.C.S.D. or not. This shall apply to all personnel. All personnel are required to conduct themselves in an exemplary manner. This, so as to reflect positively at all times on the Office of the High Sheriff. All personnel shall hold themselves to this higher standard.

- continued -

| | | |
|---|---|---|
| **INTERDEPARTMENTAL MESSAGE**<br>STD-201 REV. 7/86<br>(Stock No. 6938-051-01) | **STATE OF CONNECTICUT**<br>Obtain "STATE EMPLOYEE SUGGESTION" forms from, and send your ideas to: Employee's Suggestion Awards Program, 165 Capitol Avenue Hartford, CT 06106. | |
| **To** | NAME, TITLE: ALL SPECIAL DEPUTY SHERIFFS<br>AGENCY, ADDRESS: FAIRFIELD COUNTY SHERIFFS DEPARTMENT | DATE: 4/10/95 |
| **From** | NAME, TITLE: EDWIN S. MAK - HIGH SHERIFF<br>AGENCY, ADDRESS: FAIRFIELD COUNTY SHERIFFS DEPARTMENT | TELEPHONE: 579-6230 |

**Subject:** RE STATEMENT OF POLICY - OFFICER CONDUCT    PAGE 2 OF 2

(CONT.)

Violation of any of the above stated policy(s) shall occur in the event that any Special Deputy Sheriff engages in the above stated behavior.

Any Special Deputy Sheriff who is the subject of such behavior shall immediately report same, in writing, to their immediate supervisor prior to the end of that assigned work shift.

Any Special Deputy Sheriff who, although not the subject of the above stated behavior, is witness to such behavior shall report same, in writing, to their immediate supervisor prior to the end of that assigned work shift.

Failure to report such activity, whether being the subject of, or witness to, such behavior shall be considered a violation of a direct order. Any violation of this policy shall be addressed with appropriate discipline, up to and including dismissal.

Any questions pertaining to this position of the Fairfield County Sheriffs Department shall be brought to your immediate supervisor. As always, the direct chain of command shall be strictly adhered to in dealing with this and all official matters of this Department.

BY ORDER OF: _____[signature]_____
EDWIN S. MAK - HIGH SHERIFF

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

V.

MARSHAL RAY

PRISONER
NO. 3:00CV1345 (JBA)(JGM)

MAY 23, 2005

## PLAINTIFF REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 34 (a)(B)(C), FED.R.CIV.P., the Plaintiff Request for Production of Documents to the defendant Raymond dillon. The Plaintiff Request the defendant to produce the documents listed herein within 30 days, either by providing the Plaintiff with copies or by making them available to the plaintiff for inspection and copying

1. Full and complete copy of Judicial Marshal department directive on employee's conduct.

See Attached

2. Full and complete copy of Judicial Marshal department directive on use of force.

See Attached

3. All official Reports, Investigation and witness statement that Judicial Marshal officials produce when there is a use of force in regard to incident dated 2-14-01

See Attached

4. Copy of the Bullpen videotape that was recorded by the court bull pen video camera after the incident occured dated on 2-14-01.

See Attached

5. List of all Judicial Marshal employees that were involved with incident dated on 2-14-01.

See Attached

6. A full complete list of all medical staff who were involved and present with assistance medical treatment on the plaintiff injured thumb.

See Attached

7. A complete list of all inmates that were present during the incident dated 2-14-01.

See Attached

THE PLAINTIFF

*[signature]*

PRO-SE

EXHIBIT B

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON : PRISONER
CIVIL NO. 3:00CV1345(JBA)(JGM)

v. :

MARSHAL RAY : JULY 1, 2005

### DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION

1. See enclosed. At the time of this incident, the Directives on conduct were those of the High Sheriff of Fairfield County which were adopted by the Judicial Department until revisions were made.

2. See enclosed. At the time of this incident, Use of Force Directives were adopted from those used by the High Sheriff of Fairfield County as well as applicable sections of the Connecticut General Statutes.

3. See Exhibit A.

4. No video tape was made.

5. Raymond Dillon, Joseph Rossi, Jr. Richard Camarro and Richard Gracyk. See, also, list of employees, Exhibit B.

6. Unknown to the Defendant. Plaintiff may request this information from the Bridgeport Hospital.

7. No list of inmates exist.

DEFENDANT
Marshal Ray

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05195
E-Mail: michael.lanoue@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 1st day of July, 2005:

Bristout Bourguignon, Inmate #265860
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

_____
Michael J. Lanoue
Assistant Attorney General