UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

v.

SHERIFF RAY

PRISONER
CIVIL NO. 3:01cv1345 (JBA)

J U D G M E N T

This cause came on for consideration on cross motions for summary judgment before the Honorable Janet Bond Arterton, United States District Judge.

The Court has considered the motions and all the related papers. On January 17, 2006, the Court filed its Ruling on Cross Motions for Summary Judgment denying plaintiff's motion, granting defendant's motion and directing the Clerk to close this case.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendant and the case is closed.

Dated at Bridgeport, Connecticut this 25th day of January, 2006.

KEVIN F. ROWE, Clerk

By  /s/ Donna P. Thomas
    Donna P. Thomas
    Deputy Clerk

Entered on the Docket _____