UNITED STATES DISTRIC COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Bristout Bourguignon | : | PRISONER |
| v. | : | NO.3:00cv1345(JBA)(JGM) |
| Raymond Dillon | : | February 3, 2006 |

AFFIDAVIT TO MOTION TO RE-OPEN JUDGEMENT ON RULING
ON CROSS MOTION FOR SUMMARY JUDGEMENT
------------------------------------------------------

Bristout Bourguignon, being duly sworn, deposes and says:

1. I am the plaintiff in this case. I make this affidavit in support of my motion to re-open judgement on ruling on cross motion for summary judgement.

2. On May 23, 2005, plaintiff request for production of document asking the defendant to produce video that was recorded by the court bull pen video camera and was monitor by the judicial marshal officers and plaintiff asked for a complete list of all inmates that were present during the incident dated 2-14-01, which attached to this affidavit as exhibit1.

3. On july1,2005, the defendant's response to the plaintiff's reuest for production of documents stated that no video tape was made and no list of inmates exist, which attached to this affidavit as exhibit 2.

4. On october 12,2005, the defendant's counsel wrote the plaintiff a letter and attached two incident report and an employees assistant list as a supplement response to plaintiff reuest for production, which attached to this affidavit as exhibit 3.

5. The plaintiff through no fault of his own not having the proper knowledge did not file the proper discovery through the department of correction because the defendant's attorney stated no list of inmates exist which is not true. The plaintiff attached his FOI application form dated january 31,2006, reuesting from the department of corrections transportion unit the list of the witness names that witness the plaintiff injury caused by the defendant Raymond Dillon that the plaintiff could not produce in summary judgement. A copy of the FOI application attached in this affidavit as exhibit 4.

6. Plaintiff states that there is a list of all inmates been transported to the superior court in Bridgeport dated 2-14-01, and the court and D.O.C has the list but the defendant's attorney

did not want to produce the production of documents and he didn't want the plaintiff's witness to submit affidavit with his opposition to summary judgement or testify at trial.

7. On january 5,2006, the plaintiff was informed through another inmate about two inmates that were at the court house during incident dated 2-14-01, names of those inmates are: Vernon Vasselle #237710 at cheshire and the other one is Ronald marcellus #200073 at infield correctional.

8. At all time stated by Micheal J.Lanoue response to the plaintif production of documents in paragraph 7 no list of inmates exist, this is false information, which isn't true.

9. The plaintiff filed hereto to this affidavit motion to re-open judgement on ruling on cross motion for summary judgement.

10. The plaintiff filed hereto with this affidavit because of the newly discovered evidence and the plaintiff request the court to grant him a 90 days extention of times because of case overload by the FOI application department.

THE PLAINTIFF

_____

Bristout Bourguignon

*Bristout Bourguignon* (signature)

Pursuant to 28 u.s.c § 1746, I declare under penalty of perjury that the foregoing is true and correct.

CERTIFICATION
_____

I hereby certify that a copy of the foregoing was mailed to the following Assistant Attorney General Micheal J.Lanoue at 110 sherman street, Hartford, CT.06105, on February 3, 2006

*Bristout Bourguignon* (signature)
Bristout Bourguignon

EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

V.

MARSHAL RAY

PRISONER
NO 3:00CV1345 (JBA)(JGM)

MAY 23, 2005

## PLAINTIFF REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 34(a)(B)(C), Fed.R.Civ.P., the Plaintiff Request for Production of Documents to the defendant Raymond dillon. The Plaintiff Request the defendant to produce the document listed herein within 30 days, either by providing the Plaintiff with copies or by making them available to the plaintiff for inspection and copying

1. Full and complete copy of Judicial Mar department directive on employee's Cond

See Attached

2. Full and complete copy of Judicial department directive on use of for

See Attached

3. All official reports, investigation and witness statement that Judicial Marshal officials produce when there is a use of force in regard to incident dated 2-14-01

See Attached

4. Copy of the Bullpen videotape that was recorded by the court bull pen video camera after the incident occured dated on 2-14-01.

See Attached

5. List of all Judicial Marshal employees that were involved with incident dated on 2-14-01.

See Attached

6. A full complete list of all medical staff who were involved and present with assistance medical treatment on the plaintiff injured thumb.

See Attached

7. A complete list of all inmates that were present during the incident dated 2-14-01.

See Attached

THE PLAINTIFF

Bristout Bourguygn
PRO-SE

EXHIBIT 2

EXHIBIT B

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | PRISONER<br>CIVIL NO. 3:00CV1345(JBA)(JGM) |
| v. | : | |
| MARSHAL RAY | : | JULY 1, 2005 |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION

1. See enclosed. At the time of this incident, the Directives on conduct were those of the High Sheriff of Fairfield County which were adopted by the Judicial Department until revisions were made.

2. See enclosed. At the time of this incident, Use of Force Directives were adopted from those used by the High Sheriff of Fairfield County as well as applicable sections of the Connecticut General Statutes.

3. See Exhibit A.

4. No video tape was made.

5. Raymond Dillon, Joseph Rossi, Jr. Richard Camarro and Richard Gracyk. See, also, list of employees, Exhibit B.

6. Unknown to the Defendant. Plaintiff may request this information from the Bridgeport Hospital.

7. No list of inmates exist.

DEFENDANT
Marshal Ray

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:  _____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05195
E-Mail: michael.lanoue@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 1st day of July, 2005:

Bristout Bourguignon, Inmate #265860
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

_____
Michael J. Lanoue
Assistant Attorney General

EXHIBIT 3



RICHARD BLUMENTHAL
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

October 12, 2005

Bristout Bourguignon, Inmate No. 265860
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Re:   **Bristout Bourguignon**
      Inmate No. 265860

Dear Mr. Bourguignon:

In reviewing documents provided in response to your production request, response dated July 1, 2005, it is not clear to me that you received Exhibits A, A-2 and B. To ensure you have these documents, I am forwarding the enclosed copies as a supplemental response to your request for production.

Very truly yours,

Michael J. Lanoue
Assistant Attorney General

MJL:lac

Enclosure

"EXHIBIT A"

**FAIRFIELD DISTRICT**

**INCIDENT REPORT**

LOCATION: JD #2

REPORTING MARSHAL
PRINT NAME: Raymond Dillon
BADGE NO. #: 652130

DATE: 2-14-01
TIME: 12:50
AREA: cellblock

JUDICIAL MARSHAL PERSONNEL: Rich Camarro
OTHER PARTIES: Bourginon Bristout
PRISONERS: Bourginon Bristout

TEXT: At approx. 1250 while letting an inmate into cell #1 I attempted to close the celldoor and said prisoner Bourginon caught his thumb in between cellbar + celldoor. Mr. Bourginon had a cut on his left thumb. We proceed to give him a bandaid and a towelwipe to stop bleeding. At the time I asked said person if he was allright or needed additional medical attention and he responded no. I assume it started to eventually swell so he asked Off Camarro to go to Bpt hospital who in turn ca Rich Grazcyk who made arrangements. Xrays proved nega and Ibuprofen was prescribed along with ice packs. Inmate was then transported back to JD#2 lockup.

THIS REPORT IS SIGNED UNDER THE PENALTIES OF C.G. 53a-157, MAKING A FALSE STATEMENT, WHICH IS A MISDEMEANOR PUNISHABLE BY ONE YEAR IN PRISON OR A $1,000.00 FINE.

X _[signature]_
SIGNATURE OF MARSHAL
BADGE NO. #: 652130
TIME: 12:50
DATE: 2-14-01

AGENCY CONTACTED: N/A    TIME: ___    DATE: ___
POLICE ACTION TAKEN: N/A
PROPERTY DAMAGE: N/A
INJURIES: HAND
USE OF FORCE: N/A
SUPERVISING MARSHAL: _[signature]_    TIME: 12:35    DATE: 2/16/01
PAGE 1 OF 1 TOTAL PAGES    ATTACHMENTS: N/A

cc:

05/15/2002 WED 14:40 FAX    JUDICIAL MARSHAL    ☒003

# JUDICIAL MARSHAL'S DEPARTMENT
## FAIRFIELD DISTRICT
### INCIDENT REPORT

"EXHIBIT A-2"

LOCATION: Jd-2

REPORTING MARSHAL: Richard Camarro

PRINT NAME

BADGE NO. #: 2513

DATE: 2-14-01
TIME: 12:50
AREA: Cellblock

JUDICIAL MARSHAL PERSONNEL: Richard Camarro, Ray Dillon

OTHER PARTIES:

PRISONERS: Bristout Bourginoi

TEXT: At approx. 12:50 pm while I (Richard Camarro) manned the outside gate Ray Dillon was closing the door to cell #1 when said prisoner put his hand between the door and cell frame. Ray then closed the cell door on knowingly that prisoner's thumb was there. His thumb began to bleed and swell. I then handed Ray Dillon some paper towels and a band-aide to give to prisoner. He took them and ran some water under his thumb which he then took the paper towels to dry and stop the bleeding. Prisoner later called me to say he wanted medical attention. I contacted Richard Graczyk to let him know of the situation. He then handled it from there. End of report.

THIS REPORT IS SIGNED UNDER THE PENALTIES OF C.G. 53a-157, MAKING A FALSE STATEMENT, WHICH IS A MISDEMEANOR, PUNISHABLE BY ONE YEAR IN PRISON OR A $1,000.00 FINE.

X [signature] SIGNATURE OF MARSHAL
BADGE NO. #: 2513
TIME: 403
DATE: 2-15-01

AGENCY CONTACTED: N/A     TIME:     DATE:
POLICE ACTION TAKEN: N/A
PROPERTY DAMAGE: N/A
INJURIES: HAND
USE OF FORCE: N/A
SUPERVISING MARSHAL: [signature]    TIME: 12:30    DATE: 2/16/01
PAGE 1 OF 1 TOTAL PAGES    ATTACHMENTS: N/A
CC:

## EMPLOYEES ASSIGNED TO 0026 103 ON FEBRUARY 14, 2001

| Name | Present Location |
|---|---|
| Cahill, Kevin | Bridgeport |
| Camarro, Richard | Bridgeport |
| Day-Reese, Jocelyn | Bridgeport |
| DiBello, Philip | Bridgeport |
| Fulton, Jr., Philip | Bridgeport |
| Johnson, Brian | Bridgeport |
| Johnson, Michael | Bridgeport |
| Mallozzi, Anthony | Bridgeport |
| Pelligrino, Floyd | Bridgeport |
| Rilley, Anthony | Bridgeport |
| Rodriguez, Jessica | Bridgeport |
| Rossi, Jr., Joseph | Bridgeport |
| Saez, Luis | Bridgeport |
| Vila, John | Bridgeport |

EXHIBIT 4

STATE   OF   CONNECTICUT
DEPT.   OF   CORRECTIONS

JANUARY 31, 2006

TO:

CORRECTIONAL TRANSPORTATION UNIT
1153 east street south
sSuffield, CT 06080

To whom it may concern

    My name's Bristout Bourguignon. I am sending you an application for freedom of information act form requesting a list of copy of all inmates names that were transported by D.O.C correctional transportation unit to the superior court house at 1061 main street Bridgeport,CT. ON 2-14-01, location J.D.#2, area cell block. The reason why i need a copy of that inmates list because those inmates were witness to an incident that occured at the court house and i need those inmates to testify in the federal civil action.
Please find a copy of the incident report attached with the F.O.I. FORM.

                                  Respectfully submitted;

                                  Brtistout Bourguignon

## APPLICATION FOR FREEDOM OF INFORMATION ACT

TO: **C.T.U. NORTH** TITLE **Correctional Transportation Unit**
ADDRESS **MCI-Walker 1153 East Street South, Suffield, CT 06080**
AGENCY **Dept. of Corrections** DATE _____

Pursuant to the Freedom of Information Act, USC 552 and the privacy Act of 1974, 5 USC 552a, and pursuant to the State Freedom of Information Act, C.G.S. 1-15 through 1-21k, I hereby request the following documents and/or copy(ies) thereof:

- **I need a list of copy of all inmates that**
- **were transported by D.O.C. to the Superior**
- **Court 1061 main street Bridgeport, CT on**
- **2-14-01, location J.D. #2 Date Area cellblock**
- **This request regards Federal Civil Action Docket No ==CK==**
- **This is my right for Discovery Reduction of Witnesses**
- **And Evidence, By Federal and State Law ("Respond")**

If this request is denied either in whole or in part, please **Letter Attached** inform me as to the reason(s) why.

If you do not grant this request either by compliance or denial, be informed that the laws of this State mandate that you have four(4) business days in which to respond. Failure to respond will be considered a denial on your part and subject to the Freedom of Information Commission decisions on such failure and non-compliance.

Also, be aware of the fact that deliberate denial, indifference to this request for production of said requested documents, or alternatively, refusal to inform as to the reasons for denial, could result in a Civil Penalty of a fine up to $1,000.00, for such violation if Civil Penalty is requested by the undersigned requester of said information.

I will(✓) will not( ) request Civil Penalty if you do not comply hereof.

I am unable to pay the cost of production and pursuant to statute, I hereby request waiver of production fees.

RESPECTFULLY SUBMITTED:

State of Connecticut, County of Hartford, duly witnessed and/or sworn to before the undersigned Notary on the date of:

DATE: **2/1/06**           NOTARY _____

JACQUELINE BACHAN
NOTARY PUBLIC
MY COMMISSION EXPIRES 8/31/2006