UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Bristout Bourguignon : PRISONER

v. : NO.3:00cv1345(JBA)(JGM)

 :

Raymond Dillon : February 3, 2006

MOTION REQUEST ON RULE 60 b(1)(2) RELIEF FROM JUDGMENT

The plaintiff claim rule 60 (b) mistakes, inadvertence, excusable neglect; newly discovered evidence; fraud, etc. on motion and and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons:

1. Mistakes, inadverstence, surprise, or excusable neglect.

2. Newly discovered evidence which by due dilligence could not have been discovered in time to move for a new trial under rule 59 (b).

WHEREfore the plaintiff ask the court to grant this request in all aspect.

Respectfully submitted,

Plaintiff

Bristout Bourguignon

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 3, day of february, 2006:

MICHEAL J. Lanoue
Assistant Attorney General
110 sherman street
Hartford, CT. 06105

Bristout Bourguignon