UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Bristout Bourguignon | : PRISONER |
| V. | : NO. 3:00cv1345(JBA)(JGM) |
| | : |
| Raymond Dillon | : February 3, 2006 |

### MOTION FOR EXTENSION OF TIME

Pursuant to rule 6 (b)(1)(2), the plaintiff Bristout Bourguignon respectfully request this court to grant this motion for enlargement of time from the above entitled case. The plaintiff ask the court for a 90 days for an extension of time and the plaintiff states in this motion the following reasons:

1. Plaintiff need more time to locate all the inmates that witness the incident at the Bridgeport court house dated 2-14-01.

2. Plaintiff need more time to locate the court and D.O.C transportation unit inmates in regard of the incident dated 2-14-01.

3. Plaintiff need more time to locate the court house bull pen video tape in regard of the incident dated 2-14-01.

Wherefore, the plaintiff request that the court to grant this motion in all aspect.

THE PLAINTIFF
-------------------
Bristout Bourguignon

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following Assistant Attorney General Micheal J. Lanoue at 110 sherman street, Hartford, CT.06105, on February 3,2006.

Bristout Bourguignon