FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2006 FEB 22 P 4: 28
U.S. DISTRICT COURT
BRIDGEPORT, CONN

BRISTOUT BOURGUIGNON

v.

RAYMOND DILLON

CIVIL CASE NO. 3:01cv1345 (JBA)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Bristout Bourguignon__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order):

_____

_____

_____

2. The Judgment /Order in this action was entered on __1-27-06__.
(date)

_Bristout Bourguignon_
Signature

__Bristout Bourguignon__
Print Name

__Macdougall Correctional Facility__
__1153 East St. South, Suffield, CT 06080__
Address

Date: __2-20-06__

_____
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).