FILE NO. 19192

( ) ORIGINAL TO: Commissioner of Claims, 18-20 Trinity Street, Hartford, CT
( ) DUPLICATE TO:      "       "       "       "       "
(√) DUPLICATE TO: Inmate                                                        0610

Name: Bristout Bourguignon ID# 265860   Claim Date: 12/30/2001

Current Address: MCI              . Forwarding Address: M.C.I 1153 EAST STN
South. Suffield, CT 06080

Circumstances surrounding Injury (Date, Time, Place, What Happened): on wednesday
February 14, 2001 at approximately 2:50 pm.
I was consulting with my attorney Jonathan
DeLudian at 1061 main st in the Superior
Court building at that time I was in front
(Attach 2nd sheet if necessary)                                    OVER→

Details of the Injury and resulting permanent Handicap: Pain and
suffering in left thumb, lost feeling
in left thumb, nerve problem in left hand,
mental anguish, fright and shok and embarrassim
(Attach 2nd sheet if necessary)

Why the state is liable for this injury: Sheriff Ray work For the
Sheriff Department of Connecticut. Ray
Intentionally closed the Door on my finger and.
late on he told me i deserve it and called me a nigg
(Attach 2nd sheet if necessary)

The amount of money that is requested: $ 150.000.00 dallars
Do you request permission to sue the State of Connecticut? yes
Name and address of legal representative (if any) PRO - SE

I hereby present a Notice of Claim against the State of Connecticut for the injury suffered.

Signature Bristout Bourguignon

Sworn to in the present of and          Date: 12/30/2001
Notarized by:                    JAN 10 2002

OFFICE OF THE CLAIMS COMMISSIONER
STATE OF CONNECTICUT

Notary Public/Co...

of a cell consulting in my attorney when with
ont warning A marshall who was later on
identified as deputy sheriff Ray at the time
sheriff Ray slammed the steel Bars door, I
mean cell steel Bar doors on my finger
my fingers become ajar in between th
doors. later on sheriff Ray was Rude
and he was acting evil and call me
a "nigga" a Black mother fucker. I
have all the inmate that went to
Court that day witness the all enti
incident, After sheriff Ray slamme
the Doors on my finger I screamec
ont for him to please opened the
door he took is time to opened it
by the time my whole fingers
Nail was torn off, my finger and
my left thumb was bleeding ex-
cessively. Sheriff Ray stated to me
over-

I ??????? the Sheriff Ray under this really Locked the Bars door on my finger and my thumb. I was bleeding alot, It took them 15 minutes before they took me to the hospital. When I got to the hospital I got treated, after the hospital I went through alot of Pain and Suffering. I am holding sheriff Ray liable For negligence, physical pain, mental pain, fright and shock and embarassement. I am enclosed all the hospital bills and the name of inmate witnesses that was in Court that day

Inmate name RONALD MARcellUS # 200073
at walker 1151 EAST Street South  SUFField, CT0607

12,30,2001                              By.. Bristol ????????