UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 MAR -7 P 1:17

U.S. DISTRICT COURT
BRIDGEPORT, CONN

BRISTOUT BOURGUIGNON         :    PRISONER

V.                           :    NO. 3:01cv1345(JBA)(JGM)

RAYMOND DILLON               :    MARCH 3, 2006

### MOTION TO COMPEL DISCOVERY

The plaintiff moves pursuant to rules 34(b) and 37(a) F.R.CV.P., for order compelling the defendants to produce for inspection a complete list of all inmates that were present during the incident at the court house dated 2-14-01, and the video tape that was recorded and documented by judicial marshal during incident dated 2-14-01.

THE PLAINTIFF

*Bristout Bourguignon*

### CERTIFICATION

I hereby certify that a copy of the foregoing was sent to the following on this day of march 3, 2006:
Micheal J. Lanoue
Assistant Attorney General
110 sherman street
Hartford, CT. 06105

*Bristout Bourguignon*
BRISTOUT BOURGUIGNON



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
24 WOLCOTT HILL ROAD
WETHERSFIELD, CONNECTICUT 06109

February 17, 2006

Brtistout Bourguignon, #265860
MacDougall-Walker CI
1153 East Street South
Suffield, CT 06080

Dear Mr. Bourguignon:

I have received your Freedom of Information request dated January 31, 2006 regarding a list of inmates that were at Bridgeport Superior Court on February 14, 2001.

Please be advised that the Department of Correction does not transport groups of inmates to the courthouse. The Department of Correction transports inmates to the closest correctional facility in the courthouse jurisdiction.

The Judicial Marshall Service transports inmates from the correctional facilities to the courthouse in the judicial district.

The list that you requested of inmates at Bridgeport Superior Court on February 14, 2001 would be obtained from the Judicial Marshal Service. Your request for information should be addressed to the judicial district that transports inmates to court.

Please contact:

Chief Judicial Marshal Ines Nieves
1061 Main Street
Bridgeport, CT 06604

Sincerely,

R. Miele

Richard Miele
Director of Tactical Operations and Correctional Transportation Unit

RMM/cab

*An Equal Opportunity Employer*