UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON : PRISONER

V. : NO.3:01cv1345(JBA)(JGM)

RAYMOND DILLON : MARCH 3, 2006

### AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL

Bristout Bourguignon, being duly sworn, deposes and says:

1. I am the plaintiff in this case. I make this affidavit in support of my motion to compel.

2. On may 23,2005, I served on the defendant's counsel a request for production of documents, which is attached to my affidavit to the motion to re-open judgment on ruling on cross motion for summary judgment dated february 3,2006, as exhibit 1.

3. On july1,2005, the defendant's reponse to the plaintiff request for production of documents stated that no video tape was made and no list of inmates exist, which is attached to my affidavit to the motion to re-open judgment on ruling on cross motion for summary judgment dated february 3,2006, as exhibit 2.

4. The plaintiff filed a F.O.I application form dated january 31,2006, requesting the department of correction transportation unit to produce the list of all inmates names that were in the bull pen at the court house during incident dated 2-14-01, which is attached to my affidavit to the motion to re-open judgment on ruling on cross motion for summary judgment dated february 3,2006,as exhibit 4.

5. On february 17,2006, Richard Miele the director of tactical operations and correctional transportation unit sent me a letter stated that the list that i requested of inmates at bridgeport superior court on february 14,2001 would be obtained from the judicial marshal service. please see Richard Miele respond to my F.O.I application attached as exhibit A.

I swear under the penalty of perjury that this above information is true and correct to my best knowledge.

the plaintiff

Bristout Bourguignon
PRO-SE