UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | PRISONER<br>CIVIL NO. 3:01CV1345 (JBA)(JGM) |
| v. | : | |
| RAYMOND DILLON | : | APRIL 3, 2006 |

## RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

The defendant, Raymond Dillon, responds to the plaintiff's Motion to Compel, as follows:

1. Judgment has entered in this case in favor of the defendant and plaintiff's Motion is untimely;

2. No videotape is in the possession of the defendant;

3. The defendant does not possess a complete list of inmate present at the courthouse on February 14, 2001.

          DEFENDANT
          Raymond Dillion

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL


BY:_____/s/_____
   Michael J. Lanoue
   Assistant Attorney General
   110 Sherman Street
   Hartford, CT  06105
   Federal Bar #ct05195
   E-Mail:  michael.lanoue@po.state.ct.us
   Tel: (860) 808-5450
   Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 3rd day of April 2006:

Bristout Bourguignon #265860
Corrigan/Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

_____/s/_____
Michael J. Lanoue
Assistant Attorney General