UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRISTOUT BOURGUIGNON : | |
| : | PRISONER |
| v. : | Case No. 3:01CV1345(JBA) |
| : | |
| SHERIFF RAY : | |

RULING AND ORDER

Plaintiff Bristout Bourguignon ("Bourguignon") filed this civil rights action pro se pursuant to 28 U.S.C. § 1915.  He alleges that defendant, State Judicial Marshal Ray Dillon, used excessive force against him by closing the cell door on Bourguignon's thumb and used derogatory language.  On January 17, 2006, the court granted defendant's motion for summary judgment, relying in part, on Bourguignon's failure to present any evidence to support his assertion that defendant intentionally closed the cell door on his thumb.

On March 7, 2006, Bourguignon filed a motion to compel discovery.  Because judgment has entered, the time for discovery has passed.  Bourguignon's motion [**doc. #61**] is **DENIED** as moot.  In addition, even if his motion were timely, Bourguignon has not complied with the requirements of Rule 37, D. Conn. L. Civ. R.

**SO ORDERED** this 30th day of May, 2006, at New Haven, Connecticut.

/s/
Janet Bond Arterton
United States District Judge