MANDATE

D. Conn.
01-cv-1345
Arterton, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 27th day of December, two thousand six,

Present:

    Hon. Jon O. Newman,
    Hon. Peter W. Hall,
        *Circuit Judges.*
    Hon. Dora L. Irizarry,
        *District Judge.*\*



Bristout Bourguignon,

    Plaintiff-Appellant,

v.                                                                          06-0979-pr

Ray, Sheriff, Sheriff's Department of the City of Bridgeport,

    Defendant-Appellee.

Appellant, *pro se*, moves for leave to proceed *in forma pauperis* and for appointment of counsel. Upon due consideration, it is hereby ORDERED that Appellant's motions are DENIED and this appeal is DISMISSED as frivolous because it lacks "an arguable basis in law or fact." *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(a), (e)(2).

FOR THE COURT:
Thomas Asreen, Acting Clerk

By: /s/ Lucille Carr

DEC 27 2006

\*The Honorable Dora L. Irizarry, United States District Court, Eastern District of New York, sitting by designation.

A TRUE COPY
Thomas Asreen, Acting Clerk
by /s/ Yolanda ____
Deputy Clerk

Issued as Mandate: FEB 12 2007