UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRISTOUT BOURGUIGNON : | |
| : | PRISONER |
| v. : | Case No. 3:01CV1345 (JBA)(JGM) |
| : | |
| MARSHAL RAY : | |

## RULING AND ORDER

Plaintiff ask the court to waive the filing fees in this case because he cannot afford to pay the fee and purchase amenities from the commissary. The docket indicates that the filing fee in this case was paid on May 9, 2005. Thus, no deductions currently are being made from plaintiff's inmate account to pay the filing fee in this case.

Plaintiff's motion [**dkt. #67**] is **DENIED** as moot.

**SO ORDERED** this 4th day of April, 2007, at New Haven, Connecticut.

/s/_____
JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE