UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON        :
                                                     :        PRISONER
   v.                                     :        Case No. 3:01CV1345(JBA)
                                                     :
SHERIFF RAY                 :

RULING AND ORDER

Plaintiff requests reimbursement of the filing fee in this case because he cannot afford to purchase amenities from the commissary. Plaintiff points to no authority for such reimbursement. See Lucien v. DeTella, 141 F.3d 773, 775 (7th Cir. 1998) (holding that filing fee is part of cost of litigation and may not be reimbursed). Thus, plaintiff's motion [# 69] is DENIED.

**IT IS SO ORDERED** this 19th day of June, 2007, at New Haven, Connecticut.

                                        /s/
                                        Janet Bond Arterton
                                        United States District Judge